# O'CONNOR & HANNAN, L.L.P.
## ATTORNEYS AT LAW

F. GORDON LEE
GEORGE J. MANNINA, JR.
THOMAS J. CORCORAN*
ROBERT M. ADLER
TIMOTHY W. JENKINS
KURT E. BLASE
JAMES W. SYMINGTON
GARY C. ADLER
JOHN M. HIMMELBERG
J. CRAIG POTTER
ALBERT P. LINDEMANN, JR.
EMIL HIRSCH
FREDERICK T. DOMBO, III
PAUL L. KNIGHT
GERALD H. YAMADA
REED W. NEUMAN
CRAIG A. KOENIGS
MICHAEL D. WHATLEY**
D. LEE FORSGREN

PATRICK J. O'CONNOR (1920-2005)
JOE A. WALTERS (1920-2005)

ASSOCIATES
JAMES P. RYAN
CATHERINE M. SAUVAIN

LEGISLATIVE CONSULTANTS
ROBERT W. BARRIE* (RESIDENT IN FLORIDA)
GEORGE J. HOCHBRUECKNER*
JAMES H. ENGLISH*
B. KEITH HEARD*

OF COUNSEL
CHARLES R. McCARTHY, JR.
THOMAS J. SCHNEIDER (RETIRED)

SUITE 500
1666 K STREET, N.W.
WASHINGTON, D.C. 20006-2803
(202) 887-1400
FAX (202) 466-2198
FAX (202) 466-3215
www.oconnorhannan.com

TYSONS CORNER
8300 BOONE BOULEVARD
5TH FLOOR
VIENNA, VIRGINIA 22182
(703) 714-6670
FAX (703) 848-4586

H. GEORGE SCHWEITZER

* NOT AN ATTORNEY
**NOT A MEMBER OF THE D.C. BAR

June 13, 2006

**By Hand**

Nancy Mayer-Whittington
Clerk, United States District Court
  for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE:   *Belkin v. Islamic Republic of Iran et al.*
      Civil Action No. 06cv711 (PLF)

Dear Ms. Mayer-Whittington:

Per the provisions in 28 U.S.C. § 1608(a)(3), we are requesting the Clerk's Office "address[ ] and dispatch[ ]" the enclosed Summons, Complaint and Notice of Suit "to the head of the ministry of foreign affairs of the foreign state concerned." In this case, it is the Ministry of Foreign Affairs for the Islamic Republic of Iran in Tehran, Iran. Section 1608(a)(3) provides for sending a copy of the summons, complaint and notice of suit along with translations of each by any form of mail requiring a signed receipt.

Enclosed are three sets of the Complaint, Summons, and Notice of Suit in this case: (a) one for the Islamic Republic of Iran, (b) one for the Iranian Ministry of Information and Security, and (c) one for the Iranian Revolutionary Guard Corp.

If you have any questions, please feel free to call Emil Hirsch or me at the phone number listed above.

Yours truly,

Paul L. Knight

PLK/jm
Enclosures

RECEIVED
JUN 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

141975_1.DOC