# Waybill 1

**DHL EXPRESS**
Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only
INTERNATIONAL SHIPMENT WAYBILL (Non-negotiable)

**747 4363 024**

**1 Payer account number and shipment value protection details**
Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd Party
Payer Account No.
☐ Cash  ☐ Check  ☒ Credit Card
Not all payment options are available in all countries.
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____

**2 From (Shipper)**
Shipper's Account Number:
Contact Name: Paul L. Knight
Shipper's Reference (up to 35 characters): 34332.0001
Company Name: O'Connor & Hannan, LLP
Address: 1666 K Street, N.W., Suite 500
Washington, DC
06CV711 PLF
Post/ZIP Code: 20006
Phone: (202) 887-1400

**3 To (Receiver)**
Company Name: IRANIAN MINISTRY OF INFORMATION
Contact Person: AND SECURITY
Delivery Address: Pasdaran Avenue
Golestan Yekom
Tehran
c/o Ministry of Foreign Affairs
Emam Khomeini SQ
Tehran
Country: Iran
Post/ZIP Code:
Phone: 0098-21 61151 or 66739191

**4 Shipment Details**
Total number of packages: 1
Total Weight: XD
lbs

**5 Full Description of Contents**
Give Content and Quantity

**6 Dutiable Shipments Only (Customs requirement)**

**7 Shipper's Authorization (signature required)**

**8 Products & Services**

---

# Waybill 2

**DHL EXPRESS**
Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only
INTERNATIONAL SHIPMENT WAYBILL (Non-negotiable)

**747 4363 013**

**1 Payer account number and shipment value protection details**
Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd Party
Payer Account No.
☐ Cash  ☐ Check  ☒ Credit Card

**2 From (Shipper)**
Contact Name: Paul L. Knight
Shipper's Reference: 34332.0001
Company Name: O'Connor & Hannan, LLP
Address: 1666 K Street, N.W., Suite 500
Washington, DC
CASE NO: 06CV711 PLF
Post/ZIP Code: 20006
Phone: (202) 887-1400

**3 To (Receiver)**
Company Name: ISLAMIC REPUBLIC OF IRAN
Contact Person: c/o Ministry of Foreign Affairs
Delivery Address: Ebn e Sina Street
Emam Khomeini Square
Tehran

**4 Shipment Details**
Total number of packages: 1
XD
lbs

# DHL EXPRESS — INTERNATIONAL SHIPMENT WAYBILL (Non-negotiable)

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL *in USA only*

Waybill No.: **747 4362 991**

## 1. Payer account number and shipment value protection details
Charge to: ☒ Shipper   ☐ Receiver   ☐ 3rd Party
Payer Account No.: _____
Shipment Value Protection *(see reverse)*
☐ Yes Declared Value for Carriage (in US $) _____

☐ Cash
☐ Check
☒ Credit Card
*Not all payment options are available in all countries.*

## 2. From (Shipper)
Shipper's Account Number: **34332.0001**
Contact Name: **Paul L. Knight**
Shipper's Reference *(up to 35 characters)*: **O 34332.0001**
Company Name: **O'Connor & Hannan, LLP**
Address: **1666 K Street, N.W., Suite 500
Washington, DC**
**06 CV 711 PLF**
Post/ZIP Code (required): **20006**
Phone, Fax, or E-mail (required): **(202) 887-1400**

## 3. To (Receiver)
Company Name: **ISLAMIC REVOLUTIONARY GUARD CORPS**
Contact Person:
Delivery Address *DHL Cannot Deliver to a PO Box*:
**Presidential Palace
Pasdaran Avenue
Tehran
c/o Ministry of Foreign Affairs
Imam Khomeini Sq
Tehran**
Country: **Iran**
Post/ZIP Code (required):
Phone, Fax, or E-mail (required): **0098-21 61151 or 66739191**

## 4. Shipment Details
Total number of packages: **1**
Total Weight / If DHL Express Document packaging used, enter XD: **XD**
Dimensions (in inches) — Pieces, Length, Width, Height
___ @ ___ x ___ x ___
___ @ ___ x ___ x ___
lbs ___ @ ___ x ___ x ___

## 5. Full Description of Contents
*Give Content and Quantity*

## 6. Dutiable Shipments Only (Customs requirement)
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable):
Receiver's VAT/GST or Shipper's EIN/SSN:
Declared Value for Customs (in US $) *(as on commercial/proforma invoice)*:
Schedule B Number / Harmonized Code (if applicable):
AES TRANSACTION NUMBER:
TYPE OF EXPORT: ☐ Permanent  ☐ Repair/Return  ☐ Temporary
Destination Duties/Taxes — If left blank, Receiver pays duties/taxes.
☐ Receiver  ☐ Shipper  ☐ Other _____ *Specify approved account number*
The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

## 7. Shipper's Authorization (signature required)
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.
Signature (required) _____  Date __/__/__

## 8. Products & Services
*Not all products or service options are available to/from all locations.*
☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other _____
Service Options *(extra charges may apply)*
☐ Saturday Delivery  ☐ Special Pickup
☐ Delivery Notification  ☐ Signature Required
☐ Other _____
Global Mail
☐ Int. Priority  ☐ Int. Standard  ☐ IPA  ☐ ISAL
☐ Dom. Priority  ☐ Dom. Standard
☐ Other _____

DIMENSIONAL/CHARGEABLE WEIGHT ___ lbs

SERVICES | CHARGES
Drop Box # ___ | TOTAL ___
TRANSPORT COLLECT STICKER No.
PAYMENT DETAILS (Check, Card No.)
No.: ___
Type ___  Expires ___
Auth. ___
PICKED UP BY ___
Route No. ___
Time ___  Date ___

ORIGIN: ___   DESTINATION CODE: ___

*DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324 — Shipper's Copy*