# O'CONNOR & HANNAN, L.L.P.
### ATTORNEYS AT LAW

F. GORDON LEE
GEORGE J. MANNINA, JR.
THOMAS J. CORCORAN*
ROBERT M. ADLER
TIMOTHY W. JENKINS
KURT E. BLASE
JAMES W. SYMINGTON
GARY C. ADLER
JOHN M. HIMMELBERG
J. CRAIG POTTER
ALBERT P. LINDEMANN, JR.
EMIL HIRSCH
FREDERICK T. DOMBO, III
PAUL L. KNIGHT
GERALD H. YAMADA
REED W. NEUMAN
CRAIG A. KOENIGS
MICHAEL D. WHATLEY**
D. LEE FORSGREN

PATRICK J. O'CONNOR (1920-2005)
JOE A. WALTERS (1920-2005)

ASSOCIATES
JAMES P. RYAN
CATHERINE M. SAUVAIN

LEGISLATIVE CONSULTANTS
ROBERT W. BARRIE* (RESIDENT IN FLORIDA)
GEORGE J. HOCHBRUECKNER*
JAMES H. ENGLISH*
B. KEITH HEARD*

OF COUNSEL
CHARLES R. McCARTHY, JR.
THOMAS J. SCHNEIDER (RETIRED)

SUITE 500
1666 K STREET, N.W.
WASHINGTON, D.C. 20006-2803
(202) 887-1400
FAX (202) 466-2198
FAX (202) 466-3215
www.oconnorhannan.com

TYSONS CORNER
8300 BOONE BOULEVARD
5TH FLOOR
VIENNA, VIRGINIA 22182
(703) 714-6670
FAX (703) 848-4586

H. GEORGE SCHWEITZER

* NOT AN ATTORNEY
**NOT A MEMBER OF THE D.C. BAR

August 8, 2006

**By Hand**

Nancy Mayer-Whittington
Clerk, United States District Court
  for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

   RE:   *Belkin v. Islamic Republic of Iran et al.*
         Civil Action No. 06cv711 (PLF)

Dear Ms. Mayer-Whittington:

   Please be advised that DHL returned to us one of the packages containing the Affidavit Requesting Foreign Mailing, Complaint, and Notice of Suit intended to be served upon the Islamic Republic of Iran.

   In order to effectuate service, attached please find the corrected DHL label and courier pack required for the Request for Foreign Service in connection with the above-referenced case. Please do not hesitate to contact the undersigned if you have any questions or require any additional information.

   Thank you for your assistance in this matter.

                                                   Yours truly,

                                                   Judith A. Murphy
                                                   Assistant to Paul L. Knight

/jm
Enclosures

143691_1.DOC