Contact Us | Sitemap



Ship | **Track** | Services | About DHL | Help

DHL USA Home ▶ DHL Global





Track results detail

Tracking results detail for 7474363013 ▶ Help

## Track

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service

Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▶

▶ Forgot your Password?



LIVE CHAT BETA. CHAT WITH A DHL TRACKING SPECIALIST ONLINE. ▶

**Tracking summary**

| Current Status | ✓ | **Shipment delivered.** |
|---|---|---|
| Returned on: | | 32 |
| Delivered on | | 7/15/2006 11:40 am |
| Delivered to | | |
| Signed for by | | AMINI  What is this? |

Tracking history ▶ Help

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/15/2006 | 11:40 am | Shipment delivered. | Tehran, Iran  Why is this? |
| | 8:54 am | With delivery courier. | Tehran, Iran |
| 7/13/2006 | 10:15 am | Delivery Attempted. | Tehran, Iran |
| 7/11/2006 | 9:51 am | Recipient refused delivery. | Tehran, Iran |
| | 8:26 am | With delivery courier. | Tehran, Iran |
| 7/10/2006 | 11:00 am | Resolved Inquiry | |
| | 10:59 am | Resolved Inquiry | |
| 7/7/2006 | 2:27 pm | Inquiry initiated | |
| 7/2/2006 | 8:20 am | Delivery Attempted. | Tehran, Iran |
| 7/1/2006 | 11:52 am | Scheduled for delivery | Tehran, Iran |
| | 11:45 am | Arrived at DHL facility. | Tehran, Iran |
| 6/30/2006 | 1:01 am | Arrived at DHL facility. | Brussels, Belgium |
| 6/29/2006 | 11:19 pm | In transit. | London, United Kingdom |
| | 1:25 am | Arrived at DHL facility. | London, United Kingdom |
| 6/28/2006 | 9:23 pm | Arrived at DHL facility. | East Midlands, United Kingdom |
| | 7:04 am | Transit through sort facility. | Wilmington, OH |
| | 12:14 am | Clearance processing complete. | Wilmington, OH |
| 6/27/2006 | 6:38 am | At Gateway. | Wilmington, OH |
| 6/23/2006 | 11:40 pm | In transit. | Wilmington, OH |
| 6/22/2006 | 5:45 pm | Picked Up by DHL. | |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| O CONNOR & HANNAN LLP | Tehran, Iran | Ship date: 6/22/2006 |
| Wash Dc, DC  20006 | | Pieces: 1 |
| United States | | Total weight: 1 lb * |
| | | |
| | | Ship Type: Document |
| | | Shipment Reference: |
| Attention: | Attention: | Service: International Express Special |
| O CONNOR & | | |

AB0015 EC (11/05)

DHL EXPRESS (USA), INC.

**1 Payer account number and shipment value protection details**

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No. _____
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____

☐ Cash
☐ Check
☐ Credit Card

Not all payment options are available in all countries.

**2 From (Shipper)**

Shipper's Account Number: Contact Name: Paul L. Knight
Shipper's Reference (up to 35 characters): # 34332.0001
Company Name: O'Connor & Hannan, LLP
Address: 1666 K Street, N.W., Suite 500
Washington, DC
Post/ZIP Code (required): 20006
Phone, Fax, or E-mail (required): (202) 887-1400

**3 To (Receiver)**

Company Name: ISLAMIC REPUBLIC OF IRAN
Contact Person: IRANIAN FOREIGN MINISTER MANOUCHEHR MOTTAKI
Delivery Address: MINISTRY OF FOREIGN AFFAIRS
EMAM KHOMEINI SQ
TEHRAN
Country: IRAN
Post/ZIP Code (required): _____
Phone, Fax, or E-mail (required): 0098-21-61151 or 66739191

**4 Shipment Details**

Total number of packages: 1
Total Weight: XD lbs
Dimensions (in inches) Length × Width × Height

**5 Full Description of Contents**

Approx. 30 pages — Legal Documents

789 3582 292

**8 Products & Services**

Service Options
Global Mail

COPY