CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LAWRENCE BELKIN, INDIVIDUALLY AND AS
NEXT OF KIN OF GAIL BELKIN,

Plaintiff(s)

vs.

Civil Action No.: 06-cv-711

ISLAMIC REPUBLIC OF IRAN, et al.,

Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants): ISLAMIC REPUBLIC OF IRAN, c/o Ministry of Foreign Affairs, Ebn e Sina Street, Emam Khomeini Square, Tehran, Iran; IRANIAN MINISTRY OF INFORMATION OF SECURITY, Pasdaran Avenue, Golestan Yekom, Tehran, Iran; ISLAMIC REVOLUTIONARY GUARD CORPS, Presidential Palace, Pasdaran Avenue, Tehran, Iran.

by: (check one)   ☐   registered mail, return receipt requested
                  ☒   DHL

pursuant to the provisions of: (check one)
                  ☐   FRCP 4(f)(2)(C)(ii)
                  ☒   28 U.S.C. §1608(a)(3)
                  ☐   28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): IRAN, which has not formally objected to such service, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_(Signature)_
Paul L. Knight

O'Connor & Hannan, LLP

1666 K Street, N.W., Suite 500
Washington, DC  20006

(Name and Address)

*EXPRESS*

Dear Customer,

Your shipment to [....IRAN..........] is being returned to you, because it is un-authorized for export due to the following:

☐   Restricted Party

☐   Unacceptable commodity

☐   Incomplete description of commodity

☐   DHL air waybill not completed in English

☒   Other...No...Contact..Name...for...~~Shipper~~ Reciever

Should you have any questions about your returned shipment, please call the Customer Relations Center at 1-800-225-5345.

Thank you for your business and we look forward to serving you in the future.

1200 South Pine Island Road
Plantation, Florida 33324
www.us.dhl.com