06-711

# DHL Express Shipper's Copy

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

**1 Payer account number and shipment value protection details**
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.: ___
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) ___
Cash ☐  Check ☐  Credit Card ☐
Not all payment options are available in all countries.

**2 From (Shipper)**
Shipper's Account Number: XXXXX 34332.0001
Contact Name: Paul L. Knight
Shipper's Reference (up to 35 characters): ___
Company Name: O'Connor & Hannan, LLP
Address: 1666 K Street, N.W., Suite 500
Washington, DC
Post/ZIP Code: 20006
Phone, Fax, or E-mail: (202) 887-1400

**3 To (Receiver)**
Company Name: IRANIAN MINISTRY OF INFORMATION AND SECURITY
Contact Person: IRIANIAN FOREIGN MINISTER MANOUCHEHR MOTTAKI
Delivery Address: C/O Ministry of Foreign Affairs
Emam Khomeini SQ
Tehran
Country: Iran
Phone, Fax, or E-mail: 0098-21-61151 or 66739191

**4 Shipment Details**
Total number of packages: 1
Total Weight: XD lbs
Dimensions (in inches): Length × Width × Height

Waybill No. 789 3581 290

**5 Full Description of Contents**
Legal Documents (approx. 30 pages)

**6 Dutiable Shipments Only (Customs requirement)**
Declared Value for Customs (in US $): ___
AES Transaction Number: ___
Destination Duties/Taxes: ☐ Receiver  ☒ Shipper  ☐ Other
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary

**7 Shipper's Authorization (signature required)**
Signature: [signed]  Date: ___

**8 Products & Services**
Service Options
Destination Code: ___
Origin: ___

# DHL EXPRESS INTERNATIONAL SHIPMENT WAYBILL (Non-negotiable)

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

**789 3581 301**

## 1 Payer account number and shipment value protection details

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
Not all payment options are available in all countries.
☐ Cash ☐ Check ☐ Credit Card

## 2 From (Shipper)

Shipper's Reference (up to 35 characters): **34332.0001**
Shipper's Account Number: 
Company Name: **O'Connor & Hannan, LLP**
Contact Name: **Paul L. Knight**
Address: **1666 K Street, N.W.**
**Suite 500**
**Washington, DC**
Post/ZIP Code: **20006**
Phone, Fax, or E-mail: **(202) 887-1400**

## 3 To (Receiver)

Company Name: **ISLAMIC REVOLUTIONARY GUARD CORP.**
Contact Person: **IRANIAN FOREIGN MINISTER MANOUCHEHR MOTTAKI**
Delivery Address (DHL Cannot Deliver to a PO Box):
**c/o Ministry of Foreign Affairs**
**Imam Khomeini St.**
**Tehran**
Post/ZIP Code: 667...
Country: **Iran**
Phone, Fax, or E-mail: ...31 or

## 4 Shipment Details

Total number of packages: **1**
Total Weight: XD lbs
Dimensions: Length × Width × Height
Pieces: @ @ @

## 5 Full Description of Contents

**Legal Document (approx. 30 pages)**

## 6 Dutiable Shipments Only (Customs requirement)

Export License No/Symbol (if applicable)
Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $)
Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER
Destination Duties/Taxes: If left blank, Receiver pays duties/taxes.
☐ Receiver ☒ Shipper ☐ Other
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary

## 7 Shipper's Authorization (signature required)

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to US $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required) _____ Date ___/___/___

## 8 Products & Services

Service Options: ☐ Saturday Delivery ☐ Delivery Notification ☐ Special pickup ☐ Signature Required ☐ Other
Global Mail: ☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL ☐ Dom. Priority ☐ Dom. Standard
☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT: lbs
SERVICES CHARGES
Drop Box #: TOTAL
TRANSPORT COLLECT STICKER No.:
PAYMENT DETAILS (Check, Card No.):
PICKED UP BY:
Auth. No.:
Type Expires
Route No. Time Date

ORIGIN: _____  DESTINATION CODE: _____

© 2002

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy