# O'CONNOR & HANNAN, L.L.P.
## ATTORNEYS AT LAW

F. GORDON LEE
GEORGE J. MANNINA, JR.
THOMAS J. CORCORAN*
ROBERT M. ADLER
TIMOTHY W. JENKINS
KURT E. BLASE
JAMES W. SYMINGTON
GARY C. ADLER
JOHN M. HIMMELBERG
J. CRAIG POTTER
ALBERT P. LINDEMANN, JR.
EMIL HIRSCH
FREDERICK T. DOMBO, III
PAUL L. KNIGHT
GERALD H. YAMADA
REED W. NEUMAN
CRAIG A. KOENIGS
MICHAEL D. WHATLEY**
D. LEE FORSGREN

PATRICK J. O'CONNOR (1920-2005)
JOE A. WALTERS (1920-2005)

ASSOCIATES
JAMES P. RYAN
CATHERINE M. SAUVAIN

LEGISLATIVE CONSULTANTS
ROBERT W. BARRIE* (RESIDENT IN FLORIDA)
GEORGE J. HOCHBRUECKNER*
JAMES H. ENGLISH*
B. KEITH HEARD*

OF COUNSEL
CHARLES R. McCARTHY, JR.
THOMAS J. SCHNEIDER (RETIRED)

SUITE 500
1666 K STREET, N.W.
WASHINGTON, D.C. 20006-2803
(202) 887-1400
FAX (202) 466-2198
FAX (202) 466-3215
www.oconnorhannan.com

TYSONS CORNER
8300 BOONE BOULEVARD
5TH FLOOR
VIENNA, VIRGINIA 22182
(703) 714-6670
FAX (703) 848-4586

H. GEORGE SCHWEITZER

* NOT AN ATTORNEY
**NOT A MEMBER OF THE D.C. BAR

August 8, 2006

*By Hand*

Nancy Mayer-Whittington
Clerk, United States District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE:   *Belkin v. Islamic Republic of Iran et al.*
       Civil Action No. 06cv711 (PLF)

Dear Ms. Mayer-Whittington:

Please be advised that DHL returned to us one of the packages containing the Affidavit Requesting Foreign Mailing, Complaint, and Notice of Suit intended to be served upon the Islamic Republic of Iran.

In order to effectuate service, attached please find the corrected DHL label and courier pack required for the Request for Foreign Service in connection with the above-referenced case. Please do not hesitate to contact the undersigned if you have any questions or require any additional information.

Thank you for your assistance in this matter.

Yours truly,

Judith A. Murphy
Assistant to Paul L. Knight

/jm
Enclosures

143691_1.DOC

Contact Us | Sitemap





DHL USA Home ▶ DHL Global

Track results detail

©COPY

Tracking results detail for 7474363013  ▶ Help

**Track**

▶ **Track by number**
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Returned on: | | 32 |
| Delivered on | | 7/15/2006  11:40 am |
| Delivered to | | |
| Signed for by | | AMINI   What is this? |

Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▶

▶ Forgot your Password?



LIVE CHAT BETA. CHAT WITH A DHL TRACKING SPECIALIST ONLINE. ▶

TRY OUT LIVE CHAT

Tracking history ▶ Help

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/15/2006 | 11:40 am | Shipment delivered. | Tehran, Iran   Why is this? |
| | 8:54 am | With delivery courier. | Tehran, Iran |
| 7/13/2006 | 10:15 am | Delivery Attempted. | Tehran, Iran |
| 7/11/2006 | 9:51 am | Recipient refused delivery. | Tehran, Iran |
| | 8:26 am | With delivery courier. | Tehran, Iran |
| 7/10/2006 | 11:00 am | Resolved Inquiry | |
| | 10:59 am | Resolved Inquiry | |
| 7/7/2006 | 2:27 pm | Inquiry initiated | |
| 7/2/2006 | 8:20 am | Delivery Attempted. | Tehran, Iran |
| 7/1/2006 | 11:52 am | Scheduled for delivery | Tehran, Iran |
| | 11:45 am | Arrived at DHL facility. | Tehran, Iran |
| 6/30/2006 | 1:01 am | Arrived at DHL facility. | Brussels, Belgium |
| 6/29/2006 | 11:19 pm | In transit. | London, United Kingdom |
| | 1:25 am | Arrived at DHL facility. | London, United Kingdom |
| 6/28/2006 | 9:23 pm | Arrived at DHL facility. | East Midlands, United Kingdom |
| | 7:04 am | Transit through sort facility. | Wilmington, OH |
| | 12:14 am | Clearance processing complete. | Wilmington, OH |
| 6/27/2006 | 6:38 am | At Gateway. | Wilmington, OH |
| 6/23/2006 | 11:40 pm | In transit. | Wilmington, OH |
| 6/22/2006 | 5:45 pm | Picked Up by DHL. | |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| O CONNOR & HANNAN LLP | Tehran, Iran | Ship date: 6/22/2006 |
| Wash Dc, DC  20006 | | Pieces: 1 |
| United States | | Total weight: 1 lb * |
| | | |
| | | Ship Type: Document |
| Attention: | Attention: | Shipment Reference: |
| | | Service: International Express |
| O CONNOR & | | Special |

AB0015 EC (11/05)

DHL EXPRESS (USA), INC.

**DESTINATION CODE**

**ORIGIN**

**789 3582 292**

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

**1 Payer account number and shipment value protection details**
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No. _____
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
☐ Cash ☐ Check ☐ Credit Card
Not all payment options are available in all countries.

**2 From (Shipper)**
Shipper's Account Number | Contact Name: Paul L. Knight
Shipper's Reference (up to 35 characters): # 34332.0001
Company Name: O'Connor & Hannan, LLP
Address: 1666 K Street, N.W., Suite 500
Washington, DC
Post/ZIP Code (required): 20006
Phone, Fax, or E-mail (required): (202) 887-1400

**3 To (Receiver)**
Company Name: ISLAMIC REPUBLIC OF IRAN
Contact Person: IRANIAN FOREIGN MINISTER MANOUCHEHR MOTTAKI
Delivery Address DHL Cannot Deliver to a PO Box:
MINISTRY OF FOREIGN AFFAIRS
EMAM KHOMEINI SQ
TEHRAN
Country: IRAN
Post/ZIP Code (required): _____
Phone, Fax, or E-mail (required): 0098-21-61151 or 66739191

**4 Shipment Details**
Total number of packages: 1
Total Weight: XD lbs
If DHL Express Document packaging used, enter XD.
Pieces | Dimensions (in inches) Length × Width × Height

**5 Full Description of Contents**
Give Content and Quantity
Approx. 30 pages — Legal Documents

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) (as on commercial/proforma invoice)
Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes: If left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other _____

**7 Shipper's Authorization (signature required)**
The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.
Signature (required) _____ Date __/__/__

**8 Products & Services**
Not all products or service options are available between all locations.
☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other _____

Service Options (extra charges may apply)
☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required
Other _____
Global Mail
☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard

Complete sections 1-8. You are making 4 copies, please press hard.

COPY