# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**LAWRENCE BELKIN, INDIVIDUALLY AND AS NEXT OF KIN OF GAIL BELKIN,**

          **Plaintiff,**

v.

**ISLAMIC REPUBLIC OF IRAN, et al.,**

          **Defendants.**

Case No. 1:06CV00711 (PLF)

## **DEFAULT**

It appearing that the above-named Defendants have failed to plead or otherwise defend this action though duly served with summons and copy of complaint on April 22, 2007, and an affidavit on behalf of the Plaintiff having been filed, it is this ____ day of _____, 2007, declared that the Islamic Republic of Iran and Iranian Ministry of Information and Security, the Defendants herein, are in default.

          Nancy M. Mayer-Whittington, Clerk

By: _____
          Deputy Clerk

149617_1.doc