Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Lawrence Belkin

      Plaintiff(s)

      v.

Civil Action No. 06-711 PLF

ISLAMIC REPUBLIC OF IRAN, et al.,

      Defendant(s)

RE: ISLAMIC REPBULIC OF IRAN and
IRANIAN MINISTRY OF INFORMATION AND SECURITY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 22, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 6th day of July, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
Deputy Clerk