UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LAWRENCE BELKIN,                    )
                                    )
    Plaintiff,                      )
                                    )
  v.                                )     Civil Action No. 06-0711 (PLF)
                                    )
ISLAMIC REPUBLIC OF IRAN, *et al.*, )
                                    )
    Defendants.                     )
_____ )

### ORDER

    Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendants on April 22, 2007.  An affidavit of said service has been filed with the Court.  On July 6, 2007, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendants are in default for failure to plead or otherwise defend this action.  Plaintiff has not yet filed a motion for entry of default judgment. Accordingly, it is hereby

    ORDERED that plaintiff shall file a motion for entry of default judgment on or before July 27, 2007.

    SO ORDERED.

                                            ____/s/_____
                                            PAUL L. FRIEDMAN
                                            United States District Judge

DATE:  July 9, 2007