## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWRENCE BELKIN, INDIVIDUALLY AND AS NEXT OF KIN OF GAIL BELKIN,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**ISLAMIC REPUBLIC OF IRAN,** *et al.,*<br><br>　　　　　　**Defendants.** | Case No. 1:06CV00711 (PLF) |

### ORDER

Upon consideration of Plaintiff's Motion for Judgment by Default, it is, this ____ day of _____, 2007, hereby

ORDERED, that Plaintiff shall file with the Court his verified documentary evidence in support of his motion for judgment by default on or before _____, 2007; and further

ORDERED, that Plaintiff shall file proposed findings of fact and conclusions of law on or before _____, 2007.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

Paul L. Knight
Emil Hirsch
O'Connor & Hannan, LLP
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803

150014_1.DOC