UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE BELKIN, INDIVIDUALLY AND AS
NEXT OF KIN OF GAIL BELKIN,

          **Plaintiff,**

v.

ISLAMIC REPUBLIC OF IRAN, *et al.*,

          **Defendants.**

Civil Action No. 06-00711 (PLF)

## MOTION TO ENLARGE TIME WITHIN WHICH TO FILE
## PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Plaintiff, through undersigned counsel, respectfully requests a one week extension on the filing of his proposed findings of fact and conclusions of law in support of a default judgment. In support thereof, the following is submitted:

1.     Plaintiff's proposed findings of fact and conclusions of law are presently due on November 30, 2007. Plaintiff is nearly finished with his submission to the Court. He has substantially drafted his proposed findings and conclusions. He has his expert's reports, the Plaintiff's submissions, and other evidence. There are still remaining, however, a number of minor legal issues which need to be resolved before filing the proposed findings and evidence with the Court. For example, Plaintiff needs time to research the most recent terrorism case decision in which a $400 million punitive damage award was made against the Islamic Revolutionary Guard Corp. ("IRGC"). See *Bayani v. Islamic Republic of Iran*, Civ. Action No. 04-1712 (HHK) (D.D.C. Nov. 19, 2007). As the IRGC is a defendant in the instant case, and since all the previous terrorism cases since *Roeder v. Islamic Republic of Iran*, 333 F.3d 228, 234

151832_1.DOC

(D.C. Cir. 2003) have declined to award punitive damages against the IRGC,[1] this case is of particular interest.

2. Plaintiff also makes this request due to the press of another terrorism case filing due tomorrow, November 30, 2007.

3. As in all terrorism cases in this Court since 1998, Defendants in this action have refused to enter appearances or participate in any fashion.

WHEREFORE, for the foregoing reasons, Plaintiff requests a one week extension of time to, and including, December 7, 2007.

Dated: November 29, 2007								Respectfully submitted,

									/s/ Paul L. Knight
									Paul L. Knight (D.C. Bar #911594)
									Emil Hirsch (D.C. Bar #903479)
									O'Connor & Hannan, LLP
									1666 K Street, NW, Suite 500
									Washington, DC 20036
									Telephone: (202) 887-1400
									Facsimile: (202) 466-3215

									*Attorneys for Plaintiffs*

---

[1] See, e.g., *Blais v. Islamic Republic of Iran*, 459 F.Supp.2d 40, 60-61 & n.11 (D.D.C. 2006).