# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE BELKIN, INDIVIDUALLY AND AS NEXT OF KIN OF GAIL BELKIN,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No. 06-00711 (PLF) |

## ORDER

Upon consideration of Plaintiff's motion to enlarge time within which to file his proposed findings of fact, conclusions of law and evidence from November 30, 2007 to December 7, 2007 and for good cause having been shown, it is this ____ day of November, 2007.

ORDERED, that Plaintiff's motion is granted; and it is further

ORDERED, that Plaintiff's proposed findings and conclusions and evidence shall now be due on or before December 7, 2007.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　　United States District Judge

151834_1.DOC