UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE BELKIN, INDIVIDUALLY AND AS
NEXT OF KIN OF GAIL BELKIN,

        Plaintiff,

v.

ISLAMIC REPUBLIC OF IRAN, *et al.*,

        Defendants.

Civil Action No. 06-0711 (PLF)

## **LIST OF EXHIBITS**

1. Letter dated June 18, 2007 from William Fritzlen, United States Department of State, describing service of process on Iran, MOIS, and the IRGC pursuant to 28 U.S.C. § 1608(a)(4)

2. Declaration of Lawrence Belkin

3. Expert Report of Patrick L. Clawson

4. Israeli Police Report regarding Event 27126, involving Dizengoff Center suicide bombing

5. <u>Pattern of Global Terrorism</u>, 1996 (Excerpts)

6. Autopsy Report for Gail Belkin

7. DVD of Israeli news broadcast showing post-bombing activity outside Dizengoff Center

8. Testimony of Expert Dr. Patrick Clawson in *Flatow v. Islamic Republic of Iran*, Civil Action No. 97-396, March 3, 1998

9. Testimony of Expert Harry B. Brandon, retired Chief of FBI's Counterterrorism Section, in *Flatow v. Islamic Republic of Iran*, Civil Action No. 97-396, March 3, 1998

10. Economic Report of Dov. Weinstein, CPA

11. *Ettinger Estate v. Jewish Quarter Company*, Civil Appeal 140/00 [2004], IsrLR 97 (15 March 2004)

12. *Bayani v. Islamic Republic of Iran*, Civil Action No. 04-1712, Memorandum Opinion dated November 19, 2007

13. *Bayani v. Islamic Republic of Iran*, Civil Action No. 04-1712, Motion for Leave to File Supplemental Brief in Support of Punitive Damages Against Defendant Islamic Revolutionary Guard Corps and Defendant Ayatollah Khamenei

14. U.S. Department of State press release dated October 25, 2007

15. American Enterprise Institute for Public Policy Research Publication "How Intertwined Are the Revolutionary Guards in Iran's Economy?" (October 2007)

151971_1.DOC

Dated:  December 7, 2007                              Respectfully submitted,


/s/Paul L. Knight
Paul L. Knight (D.C. Bar #911594)
Emil Hirsch (D.C. Bar #903479)
O'Connor & Hannan, LLP
1666 K Street, NW, Suite 500
Washington, DC  20036
Telephone:  (202) 887-1400
Facsimile:  (202) 466-3215

*Attorneys for Plaintiffs*