# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE BELKIN, INDIVIDUALLY AND AS NEXT OF KIN OF GAIL BELKIN,<br><br>                Plaintiff,<br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>                Defendants. | Civil Action No. 06-0711 (PLF) |

### **DECLARATION OF LAWRENCE ALLEN BELKIN**

I, Lawrence Allen Belkin, hereby state as follows:

1.  My name is Lawrence Allen Belkin. I am the Plaintiff in this case. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently as to the matter contained in this Declaration.

2.  I was born and raised in the Pittsburgh, Pennsylvania area. I have been a citizen of the United States without interruption since birth.

3.  I attended college at the University of Michigan, where I graduated Phi Beta Kappa in 1969. I served on active duty in the United States Army from 1970 through 1972 and then in the Army reserves until 1976. I attended graduate school at the University of North Carolina and North Carolina State University where I obtained two masters degrees, one in Regional Planning in 1973 and the second in Architecture in 1976. Beginning in 1974, I began working in North Carolina in the fields of architecture and city planning.

4.  In 1972, I married an Israeli girl, Efrat Padan Belkin, whom I had met in the United States. In 1977, we had a daughter Ruthie who was born in North Carolina.

5.  In 1981, Efrat and I decided we would move to Israel. When we arrived in Israel, we had Efrat's large family as an instant support system, and this helped my transition to a new culture. I had opened my own architectural design firm and I enjoyed success in this endeavor. In 1983, we had a second child, a boy, Ariel.

6.  After we moved, I continued to maintain general contacts with the United States. For example, I filed my U.S. income taxes each year while I lived in Israel. I also maintained contacts with my family in the United States. I did not, however, maintain a residence or domicile in any particular state or have any significant contacts with any particular state.

7.  Efrat was fatally injured in a traffic accident in early May, 1989. While driving to a business appointment, she lost control of her car and was struck head-on by a semi-trailer. She died two days later, without regaining consciousness. At the time, our daughter Ruthie was 12 and in 6th grade, and our son Ariel was 6, in kindergarten. The suddenness of Efrat's death had a profound effect on me, aside from the obvious need to rearrange my life and work to accommodate the requirements of single parenting. It taught me that the promise of a certain future is illusionary, that every moment of life can and may be the last, and that as a result each day is like an account that must be balanced in full.

8.  My relationship with Gail, whom I met two years later, benefited from this attitude, because I felt compelled to be the best husband I could to her, and to express my love for her without restraint. I have attached a photograph of the two of us. Friends often commented that we were unusually affectionate, holding hands, or being close where other couples our age were less obviously "in love." I made it a point to tell Gail every day how much I loved her. I often told her that I dreaded the thought of losing her, and her response was always

the same, with a chuckle: "You won't get rid of me that easily." When I married Gail, I felt that I had found a companion with whom I would share the rest of my life.

9. Gail was a friendly, outgoing person who thoroughly enjoyed her work as a cosmetician. Prior to her death, she had decided to branch out on her own and run her own business. It was successful as her clientele moved with her and referred new clients. Because Gail spoke English fluently, her clientele were mainly diplomats, embassy wives, and upper class families living in wealthy nearby areas.

In her profession, she was as much a psychologist as a cosmetician. The entire process of "beauty treatment" is mental as well as physical, and the conversations between Gail and her mostly English-speaking clientele was as much a part of her success as the physical treatments she carried out. I don't think Gail would have ever given up her salon she enjoyed it so much. She did not have to work after we married but she chose to do so because that is what she wanted to do. She loved the companionship of the ladies that came to her salon, and built friendships that extended beyond work. Gail carried this same friendly zeal into our marriage.

10. On the day that Gail was killed, she had gone with her oldest daughter Lauren to a bridal salon for a dress fitting. (Gail had two daughters by a previous marriage.) Lauren's grandmother Sylvia, Gail's mother, accompanied them. I was at work at my office in Herzlia which is not far from downtown Tel Aviv. My daughter Ruthie was at her army base, and Ariel was in school. This was a period in which numerous terrorist attacks were taking place in Israel, with bus bombings almost daily, and the general atmosphere in Israel was tense. At about 4:00 p.m. one of my co-workers reported that he had just heard on the radio that there had been an attack in Tel Aviv outside the Deizengoff Shopping Center where I knew the bridal salon was located. The Center is large, however, and the salon would be inside. I became anxious hoping

3

that Gail would try to contact me as soon as possible. As time went by, and I returned home, there was no call. I reached Gail's daughter Lauren, however, and learned the disturbing news that her mother and grandmother had left the Center just before the bombing. Lauren herself had stayed inside to do some additional shopping. Gradually additional family members arrived at my house, the kids, my mother-in-law Pninna from my first marriage, and others. We became seriously disturbed at about 7:00 p.m. when Lauren's fiancé found Gail's car still parked in the Center's parking garage. Gail's sister and brother began calling hospitals and a central information number set up by the police, and there was no news of either Gail or her mother. The television was filled with non-stop coverage of the explosion, which had been exceedingly powerful. We saw the special crews of workers scouring the scene for every piece of human flesh that could be recovered, in accordance with Jewish law. It was sickening. Rumors were circulating that bystanders at the bombing were wandering the streets in shock hours after the event, but by this time my own hope was fast fading to resignation that somehow fate had happened again.

    11.    At the time, we had not yet been married one year. At about 10:00 p.m. we were told by a hospital employee that all the injured from this attack were hospitalized, and that we should consider going to the morgue for further information. I drove to the morgue with my brother-in-law (Gail's sister's husband), and we were greeted by staff trained in this unfortunate business. After over an hour of sitting and giving information to an employee, I was taken to a lower floor to examine a body, whom the technician believed to be Gail. A doctor there cautioned me to be prepared for a shock, given the heat and intensity of the explosion. I thought I was prepared for the very worst, but what I saw was beyond that, and in fact I was unable to

identify the body as Gail, but I confirmed her identity through the jewelry she was wearing. I learned also that Gail's mother had been killed along with Gail.

12.     The following weeks and months were miserable, with the funeral, the general disbelief, disruptions to life in every area.  Because I was so emptied and wasted emotionally and physically, I participated in group counseling for over two years, in a program operated by the Israeli government, for victims of terror.  All the members of my group, as with other groups, were spouses of victims.  Gail was truly very close to me, and I missed her greatly.

13.     During the first few difficult weeks after Gail's death, and through the first year, I attempted to write poetry to express the feelings I was coping with.  Here are several of these poems.  They speak well to my relationship with this innocent victim.

> GAIL  3.20.96
>
> Our roots intertwining, locking, and caressing;
> an unbroken embrace in the warm darkness.
>
> When they uprooted you they severed my roots too.
> My leaves withered, I stand parched and drained,
> swaying in a bitter wind.
>
> GAIL  4.7.96
>
> You freed me, you know.  My emancipator.  My lover.
> Not by your death, of course; by your life.
> You pulled my arms apart and lifted my head.
> You breathed life into my heart and pumped it to my limbs.
> It glowed from my fingers;
> I thanked you through my touch.
>
> Can I thus remain, or will I return to what I had been;
> the man-fetus wrapped tightly, arms locked,
> steeled against invasion?
> Today's pain and yesterday's sweetness are competing brides.
> You cannot guide my choice.

5

OUR FAVORITE THINGS  4.9.96

It sometimes happened, while we lived,
that beautiful moments rubbed against ordinary things,
and in so doing cloaked them in gold and raised them to great heights.
With time, these chance encounters of lighting and plasticine
built a secret city of towering spires, filling the flat plain
of what had been.
Thus was our landscape formed and our world built.
Here we lived, wandering childlike from base to base,
touching at random the shining crystals,
feeling each time a different delight.

Since your death, a devilish change has occurred.
Thorns have grown up, spawned by some vile nursery.
They have covered every surface and cavity of our precious domain:
How clever!  Now the most intimate touch is the most painful,
and I am driven back at each chance encounter.
Only the empty and meaningless space is safe, and I crouch in fear
and confusion in this terrible forest of spines.

GAIL  4.5.96

The heavy liner lumbers away from the dock.
It had been a short stop; only a few got off.
I was in the bow at the time, looking forward
down the estuary to the open sea;
I had a fine view to a great distance.
There was no goodbye, no embrace, no explanation.
They told me only later.

Now I watch you recede from view, still waving.
Why no goodbye?  Was it not just yesterday
that we cast our gaze ahead?
Tell the Captain to reverse course!
"So sorry", says the purser, "We never go back;
come forward, you can't stay at the stern."

Maybe not, but I can't see the dock from the bow.

NINE MONTHS 16.12.96

I found you today at 35,000 feet.
"Out of the blue" you might say.
The pilot chose the northern route with the New York delay
and laid the Grand Canyon, unplanned, at my feet.

> The scene of our last triumph.
> There I found you,
> Just as I remember you.
> A year ago.
> You haven't changed.
>
> Do you remember?
> A year age we knifed through that winter air on Route 66,
> our windows defiantly open,
> Brooding hills, haunted petrol pumps: space and rust.
> I drove one-handed, you held me one-handed.
> On we flew.
> The glorious throbbing of Nashville modulating our ascent to
> heaven.
>
> Today it was "3" on the channel selector and my forehead to the glass.
> Canyons and rhinestones.
> In that magic brew you appeared again,
> pressed close to me, squeezed into me, flowed through me.
> And together we glided up and out to that frontier Arizona day
> so beautiful and so very close to our end.
> I was with you today.
> I love you still.

14. As time passed, I began to think of returning to the U.S., to an environment of greater quiet and less intensity. In the fall of 1999, three and one half years after Gail's death, I visited my brother in Winchester, Virginia, and he introduced me to Blair, a nurse at the local hospital. Blair and I began a correspondence that continued for a year, at which time I again saw her on a trip to Virginia. We were married in 2001, and at that time I moved at last, back to the U.S., specifically Virginia. I keep in touch with all of my family in Israel. Gail's sister Marlyn and her husband (who went to the morgue with me on the night Gail was killed) vacationed with Blair and me this year. Blair is very understanding regarding my complex past. We will be visiting everyone in Israel in February. Life has moved on, but how different everything should have been. In the summer of 2004, I approached my family physician here in Winchester, complaining of extreme and long-standing fatigue. After a series of tests she diagnosed my complaint as "Generalized Anxiety Disorder" related to Gail's death and my experiences in

Israel, and prescribed an anti-depressant. On occasion I again feel the overwhelming sense of anxiety that I associate with the events of Gail's death. To this day I am unwilling to allow Blair to drive more than about 20 miles without me in the car, out of a fear that she may not return. That may be irrational, but it is real for me. On Gail's tombstone, which is side by side with her mother's, it says "A mother and daughter, who came to Israel to build a new life, and who were cut down by the hand of evil."

15.     It is very hard for me to revisit this very painful time in my life, with all its shock and horror. I am fully willing to come to Court and further explain what happened to me in March 1996 and how those events have impacted my life forever.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 7, 2007.

/s/Lawrence Allen Belkin
Lawrence Allen Belkin

