# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence Belkin<br>    Plaintiff,<br><br>v.<br>ISLAMIC REPUBLIC OF IRAN, the Ministry<br>of Information and Security, and the Islamic<br>Revolutionary Guard Corps,<br>    Defendants, | )<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>) |

## EXPERT REPORT OF PATRICK L. CLAWSON

I, Patrick L. Clawson, PhD., hereby depose and state as follows:

I have extensively studied and researched and am an expert on the Islamic Republic of Iran ("Iran"), its sponsorship of terrorism, its economy and its politics. This affidavit is submitted to provide the Court with facts and evidence concerning Iran's support for the terrorist activities of Palestinian Islamic Jihad (PIJ), including the March 4, 1996 bombing which killed Gail Belkin.

### Background

For the past two years I have been the Deputy Director for Research at the Washington Institute for Near East Policy ("WINEP"), a think tank focusing on contemporary issues of the Middle East. In this capacity, I, inter alia, supervise a staff of about eighteen senior researchers who study Middle East politics and terrorism, with considerable focus on Iran. I also brief and receive briefings from senior United States military officials, including senior Israeli defense officials, about the threats from Iran, Iranian support of terrorism and Iranian strategy regarding Palestinian Islamic terrorism. A true copy of my resume is attached hereto as Exhibit XX.

I am also currently a senior editor of the Middle East Quarterly, a journal of Middle Eastern affairs, which publishes regularly on Iranian politics and Iran's foreign policy.

I have written or edited 24 books and monographs, mostly focusing on the Middle East. Eight have specifically focused on Iran, four of which were published in 2005-06. I have also written more than 60 articles in professional journals and books, most of which deal with Iran.

I have also chaired panels and made presentations in Persian concerning Iranian issues, including interviews for the British Broadcasting Corporation (BBC) Persian Service and at the Fourth European Congress on Iranian studies in September of 2000.

I have a PhD. in economics from the New School for Social Research, which I received in 1978, and a BA in economics from Oberlin College, which I received in 1973.

Prior to joining WINEP in 1997, I was a senior research professor at the Institute for National Strategic Studies of the National Defense University, a position I held for about five

years. My duties and responsibilities included briefing senior U.S. military officials, including the Chairman of the Joint Chiefs of Staff and the Commander-in-Chief of U.S. Central Command, about the threats from Iran, Iranian support of terrorism, and Iranian strategy. Prior to that, I held positions with the World Bank, the Foreign Policy Research Institute and the International Monetary Fund.

In addition to speaking English, I speak fluent Farsi (Persian), French and Hebrew. I regularly read articles in Persian-language newspapers and internet sites. I also read many articles a day translated from the Iranian press.

Most of my professional life has been spent studying the Middle East, and particularly Iran. My first scholarly article on the Middle East was published thirty years ago, and the first work I did on the region for the Central Intelligence Agency was twenty years ago.

I have previously qualified as an expert witness on issues relating to Iran, Iran's support for terrorism, its economy and other issues, and have given live or written testimony in various cases brought against Iran for its sponsorship of terror, including Flatow v. Islamic Republic of Iran, 999 F. Supp. 1, 8-9 (D.D.C. 1998); Anderson v. Islamic Republic of Iran, 90 F. Supp. 2d 107, 112-113 (D.D.C. 2000); Eisenfeld v. Islamic Republic of Iran, 172 F. Supp. 2d 1, 5 (D.D.C. 2000); Weinstein v. Islamic Republic of Iran, 184 F. Supp. 2d 13, 19 (D.D.C. 2002); Mousa v. Islamic Republic of Iran, 238 F. Supp. 2d 1, 3-4 (D.D.C. 2001); Ungar v. Islamic Republic of Iran, 211 F. Supp. 2d 91, 93 (D.D.C. 2002); Stern v. Islamic Republic of Iran, 271 F. Supp. 2d 286, 288 (D.D.C. 2003); Rieger v. Islamic Republic of Iran, 281 F. Supp. 2d 87, 90 (D.D.C. 2003); Campuzano v. Islamic Republic of Iran, 281 F. Supp. 2d 258, 262 (D.D.C. 2003); and Greenbaum v. Islamic Republic of Iran, No. 02-2148, 2006 WL 2374241 at *3 (D.D.C. Aug. 10, 2006).

My knowledge of Iran's politics and its sponsorship of terrorism comes as a result of my routine and in-depth access to facts concerning Iran, its support of terrorism, its economy and politics, and my extensive study of Iran as outlined herein, including my professional research and publishing in this field over the course of many years. Iran is a relatively open information country in which the competing political forces frequently reveal information about the country's security apparatus and debate issues relating to terrorism; Iran still has many internet sites that publish information on these subjects. From my years studying Iranian politics and given the competing sources which can be compared, I believe that I am able to determine whether Iranian reports on these subjects are credible. Indeed, I use this information as a source to brief the U.S. and other governments. Furthermore, Iran and some of the terrorist groups it sponsors have been openly boastful about their relations, and have described and detailed their connections in print.

My knowledge of Iran and its sponsorship of terrorism, comes as a result of my education, my extensive professional experience studying Middle East policy and terrorism, my academic research and writing, my interaction with other experts in the field, and my regular review of up-to-date information on these subjects.

**Iranian Support for Palestinian Islamic Jihad**

In the 1990s, Iran had an urgent desire to disrupt the Middle East peace process, which appeared to be moving forward at that time. Iran considered terrorist activities in Israel and the wanton murder of Israeli civilians carried out by Palestinian Islamic Jihad (PIJ) as an effective means of damaging relations between Israel and Palestinian Authority. By supporting PIJ, Iran

has enhanced its standing with radical Islamist extremists, especially among Sunni Muslims who would otherwise be hostile to the Shiite Islamic Republic of Iran. PIJ, for its part, received financing, advanced military training and state-of-the-art munitions technology that allowed it to evolve into a dangerous and effective terrorist organization.

The strong support provided by the Iranian government to PIJ has been repeatedly referred to by Iranian government officials, PIJ leaders, U.S. government reports, media accounts, and the scholarly literature about Palestinian extremists, although PIJ and Iranian leaders usually describe the support as being political rather than financial. Indeed, the broad consensus among scholars of Palestinian extremism is that from 1988 at least until about 2000, PIJ was heavily dependent on Iranian government support (it may have developed some other sources of support since then, but it continues to receive Iraian support).

PIJ's leaders proudly proclaim their close connection with the Iranian government. The founder of the group, Fathi Shiqaqi (the Arabic name is also transliterated into Roman letters as Shikaki) wrote a book in 1981 about his admiration for the Islamic Republic of Iran. After he and PIJ's other main figure Abulaziz Awda were expelled to Lebanon by Israeli authorities in 1988, they held press conferences with Iranian officials. In September 1988, Shiqaqi was quoted in the Lebanese press saying, "I pray to Allah to protect Imam Khomeini [leader of Iran] so that he will enter Palestine and we shall hand over the keys of Nazareth and Jerusalem to him." Noted Arab journalist Zaki Chehab writes that in a 1994 interview with Shiqaqi, Shiqaqi deplored media reports that PIJ was receiving $20 million that year from Iran, assuring Chehab that the support was in fact only $3 million (Zaki Chehab, *Inside Hamas*, p 150). PIJ leaders travelled frequently to Iran, being shown in the Iranian media meeting with top officials of the Iranian government. PIJ engaged in extensive propaganda defending the Iranian government and its ideology against criticism by devout Palestinians, including some very militant radicals who were put off by the Shiite branch of Islam at the center of the Iranian outlook (Palestinian Muslims are almost to a person all Sunni).

The close financial relationship between PIJ and Iran was at the center of the case against Sami al-Arian (United States of America v. Sami Amin Al-Arian, et al, Case No. 8:03-cr-77). The indictment against al-Arian provides detailed accounts about financial flows between PIJ and Iran. Al-Arian's defense was that neither he nor the Tampa, Florida-based organization he headed were involved in funding PIJ. The court case did not therefore turn on the question of Iran's role, and this matter was not raised in the court's decision.

After the 1987 outbreak of a Palestinian popular uprising against Israel, PIJ was the group which most openly and loudly proclaimed the need for terrorist attacks on Israeli civilians at a time when other Palestinian extremists thought such attacks were unwise tactics. For at least the next twelve years, PIJ had few activities other than carrying out terrorist acts, unlike many other Middle East terror groups such as Hezbollah in Lebanon or Hamas in the Gaza Strip and West Bank which also carry out political and charitable activities, partly to gain respectability, attractfunding from sympathizers, and recruit volunteers for terrorist attacks from among impressionable youth. In his expert testimony in the case of Fawaz Damra, Court No. 1:03CR484, Mohamed Yousar Hammoud et al., former Treasury deputy assistant secretary for intelligence and analysis Matthew Levitt wrote, "Islamic Jihad [PIJ] operatives soon [after Shiqaqi arrived in Damascus in 1990] began training at Hezbollah camps in Lebanon, under the supervision of Iranian Revolutionary Guards stationed in the country, and carried out some joint operations with Hezbollah against Israeli forces in south Lebanon during the 1990s."

On February 28, 1996, Iranian Vice President Hasan Habibi was in Damascus, Syria, where he met with the leader of PIJ, Ramadan Abdallah Shallah, according to a report the next day in the most respected Arabic-language newspaper *Al-Sharq Al-Awsat* (translated by the CIA's Foreign Broadcast Information Service, FBIS, and printed in FBIS-NES-96-041 p 47), which wrote that Habibi "stressed yesterday the continuation of Iran's absolute support for the Palestinian oppositionists working against the peace agreement between Palestinian President Yasir 'Arafat and Israel." The same meeting was reported on by Agence France Press (also on the same page of the FBIS document). This meeting, coming days after major terrorist bombings (as discussed below), was less than a week before the Dizengoff Center bombing. In my opinion as an expert who has studied Iran extensively, it is reasonable to conclude that Habibi discussed with PIJ leader Shallah Iran's support for suicide bombings against Israelis. Indeed, credible reports from later episodes suggest that in other circumstances, Iran has pledged to provide increased financial support if terror killings are carried out by opponents of peace with Israel.

Iranian support for PIJ continues to the present day, as does PIJ's strong involvement in terrorist attacks. On July 24, 2007, in its statement explaining its action that day freezing the assets of the Martyrs Foundation under Executive Order 13224, the U.S. Treasury Department stated, "The Martyrs Foundation is an Iranian parastatal organization that channels financial support from Iran to several terrorist organizations in the Levant, including Hizballah, Hamas, and the Palestinian Islamic Jihad (PIJ).... In addition, a Lebanon-based leader of the Martyrs Foundation has directed and financed terrorist cells in the Gaza Strip that worked with Hizballah and PIJ." PIJ's problems in recent years at carrying out spectacular terrorist attacks against Israeli civilians are not from lack of interest or effort but instead because of more effective Israeli counter-measures.

There are varying estimates of the amount of financial support that Iran supplies to PIJ in support of its terrorist activity. As noted above, PIJ leader Shiqaqi claimed in 1994 that Iran's support was $3 million, contrary to reports that it was more. I believe that Iran's support for PIJ in 1996 was at least several million dollars per year, if not more. Iran's support appears to have increased since then. In March 2002, the *New York Times* reported, "United States officials said, for instance, that the Palestinian Islamic Jihad, one of the groups behind the wave of suicide bombings in Israel, was financed and directed by Iran. American and Israeli officials said since the beginning of the Palestinian uprising 18 months ago, Tehran had paid millions of dollars in cash bonuses to the group for each attack against Israel." (Douglas Frantz and James Risen, "A Secret Iran-Arafat Connection is Seen Fueling the Mideast Fire," *New York Times*, March 24, 2002, p 1).

### Flatow v. Islamic Republic of Iran Opinion

In 999 F.Supp. 1 (D.D.C. 1998) Judge Lamberth made a number of fact findings about the connections between Iran, MOIS and PIJ which are in my expert opinion accurate and warranted by the available information. Those fact findings, which related to a 1995 bombing done by PIJ in which Alisa Flatow was killed, were:

"16 The Shaqaqi faction of Palestine Islamic Jihad claimed responsibility for and in fact perpetrated the terrorist act which caused the death of Alisa Michelle Flatow. Palestine Islamic Jihad is series of loosely affiliated factions rather than a cohesive group. The Shaqaqi faction is a terrorist cell with a small core membership. Its sole purpose is to conduct terrorist activities in the Gaza region, and its sole source of funding is the Islamic Republic of Iran. Testimony of Dr.

Reuven Paz; testimony of Dr. Patrick Clawson; testimony of former FBI Deputy Assistant Director for Counterterrorism Harry Brandon; U.S. DEP'T OF STATE, PATTERNS OF GLOBAL TERRORISM 1995 (April 1996)....

"18 In July 1996, Plaintiff Stephen M. Flatow and his counsel met with Ambassador Philip Wilcox, who then served as the Department of State's Coordinator for Counterterrorism. During that meeting, he informed Mr. Flatow that the Department of State was satisfied that the group which had claimed responsibility for the bombing, the Shaqaqi faction of Palestine Islamic Jihad, had in fact perpetrated the bombing, and that the Islamic Republic of Iran provided approximately two million dollars to Palestine Islamic Jihad annually in support of its terrorist activities. Affidavit of Stephen M. Flatow (Exhibit 2).

"19 Defendant the Islamic Republic of Iran is a foreign state and has been designated a state sponsor of terrorism pursuant to section 6(j) of the Export Administration Act of 1979 (50 U.S.C.App. § 2405(j)) continuously since January 19, 1984. Defendant provides material support and resources to Palestine Islamic Jihad by supplying funds and training for the Shaqaqi faction's terrorist activities in the Gaza Strip region. Testimony of Dr. Reuven Paz, testimony of Dr. Patrick Clawson, testimony of former FBI Deputy Assistant Director for Counterterrorism Harry Brandon.

"20 Defendant the Islamic Republic of Iran sponsors the Shaqaqi faction's terrorist activities within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note by providing it with all of its funding. Testimony of Dr. Reuven Paz; testimony of Dr. Patrick Clawson; testimony of former FBI Deputy Assistant Director for Counterterrorism Harry Brandon.

"21 Defendant the Iranian Ministry of Information and Security is the Iranian intelligence service, functioning both within and beyond Iranian territory. Acting as an agent of the Islamic Republic of Iran, the Iranian Ministry of Information and Security performed acts within the scope of its agency, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C.A. § 1605 note, which caused the death of Alisa Michelle Flatow. Specifically, the Iranian Ministry of Information and Security acted as a conduit for the Islamic Republic of Iran's provision of funds and training to the Shaqaqi faction for its terrorist activities in the Gaza Strip region. Testimony of Dr. Reuven Paz; testimony of Dr. Patrick Clawson; testimony of former FBI Deputy Assistant Director for Counterterrorism Harry Brandon."

### The 1996 Dizengoff Center Shopping Mall Bombing

PIJ's dependence on Iran deepened after Shiqaqi's October 1995 death at Israeli hands. His successor, Shallah, was not as charasmatic or as well known among Palestinians, having spent 1990-94 living in Tampa, Florida where he worked with Sami Al-Arian. He faced the challenge of showing that PIJ would remain an important force, especially at a time when the larger and more independent-of-Iran Hamas movement was imitating the earlier PIJ technique of terrorist attacks against Israelis inside pre-1967 Israel (as distinct from attacks on Israelis in the West Bank and Gaza Strip). In the week from February 25, 1996 to March 3, 1996, three spectacular Hamas attacks – bombing of a Jerusalem bus and a soldiers' hitchhiking station in Ashkelon, both on February 25, and bombing of another Jerusalem bus on March 3 – killed 43 persons. Furious at Hamas' clear attempt to undermine the Palestinian Authority (PA) he headed, Yasir Arafat on March 3 outlawed paramilitary organizations – including Hamas' military wing the Izz al-Din al-Qassam Brigade and PIJ – and Palestinian police arrested 800 Islamist militants, seizing a large quantity of explosives.

This was the context within which PIJ carried out the March 4, 1996 suicide bombing in the Dizengoff Center Shopping mall in the symbolic heart of Tel Aviv on the day before a major Jewish holiday, Purim. The Israeli police report for the incident states, "The suicidor -- Ramez abed el Kader Machmad Abid, resident of the Chan-Yuness refugee-camp, born in 1974, known as an activist in the Palastinic [sic] Islamic Jihad, group of Shikaki."(from the "detailed event report for event no. 27126 produced November 13, 2001, quoting from the translation which I cross-checked against the original Hebrew). I also have many documents from the Israeli police file on the bombing, including the detailed statement by truck driver Sayid Bin Hussin Sulimany who drove Abid to Tel Aviv (he was convicted for providing support to terrorists), who explains that he knew Abid as a PIJ member and that he was paid the equivalent of $1,100 by a PIJ leader to drive Abid to Tel Aviv (I also have a video in which Sulimany recreates the episode). In the indictment for United States of America v. Sami Amin Al-Arian et al. (Case No. 8:03-CR-77-T-30TBM), paragraph 234 of count one states, "On March 4, 1996, co-conspirators associated with the PIJ bombed the Dizengoff Center Shopping Mall in Tel Aviv, Israel during a children's festival and murdered approximately thirteen people and wounded approximately seventy-five."

A slight complication about the responsibility for the attack is that both PIJ and Hamas claimed responsibility. In the most respected Israeli scholarly publication about the Middle East, the annual *Middle East Contemporary Survey* published by Tel Aviv University's Moshe Dayan Center for Middle Eastern and African Studies, the episode is described as follows, "A suicide bomber affiliated with the Islamic Jihad but apparently aided by Hamas blew himself up in a street in Tel Aviv killing 12 civilians and injuring 100 others" (*Middle East Contemporary Survey*, p 158). That is consistent with the Israeli police report cited above, which states, "The [March 4, 1996] terror-attack done by the GAP [the Hebrew initials for *Gihad Aslami Palestini*, the Hebrew name for PIJ] organization was planned for 25.2.96 but didn't work... It is possible that the terror-attack was planned to be on that day together with the other two Chamass [i.e., Hamas] terror-attacks." This pattern of cooperation was discussed by Levitt in his expert testimony referenced above:

> "Although Islamic Jihad and Hamas were fierce rivals in the early years, after the signing of the 1993 Oslo Accords both joined the Damascus-based Alliance of Palestinian Forces (APF) and set aside their differences. In 1994 PIJ and Hamas continued to conduct joint operations even as they engaged in mild competition.... At the behest of Iran, the two were coordinating their terrorist activities....In another joint PIJ/Hamas attack, on April 6, 1994, a suicide bomber drove a car full of explosives up to a crowded bus stop in the northern Israeli town of Afula killing nine people and wounded approximately fifty more. Four days later, on April 10, 1994, Sami al Arian received a facsimile from PIJ leader Fathi Shiqaqi noting that Hamas had assisted in the recent PIJ suicide attack carried out by an operative named "Raed." Shiqaqi added that the operation had cost $90,000. In a subsequent conversation a few days later, al Arian and Bashir Nafi discussed the bombing and how the "boy" [suicide bomber] was a PIJ terrorist while the bomb was provided by Hamas. In yet another conversation, al Arian told someone named Samir (last name unknown) that PIJ had carried out the operation while Hamas contributed the car and explosive device."

Coming after an unprecedented bloody week of bombings, the Dizengoff Center bombing had major implications. An international conference was held at Sharm el-Sheikh in Egypt on March 13, 2006 at which leaders of 29 governments – American, European, and 14 Arab states – as well as UN Secretary-General Butrus Butrus-Ghali (an Egyptian national) sharply condemned the suicide bombings. The PA led a campaign against radical Islamists including both PIJ and Hamas, taking over mosques and charitable organizations sympathetic to them. The Israeli public, fed up with the deteriorating security situation, voted narrowly in the May 29, 2006 elections to replace the Labor Party government headed by Shimon Peres (who took over after the November 2005 assassination of Yitzhak Rabin) with the much more hardline Likud Party lead by Benjamin Netanyahu, which dramatically slowed the Israeli-Palestinian peace process. Peres complained that Iran was responsible for his election defeat, and that by supporting Hamas and PIJ, Iran had achieved its goal of derailing the peace process and undermining moderates among both Israelis and Palestinians.

**Iran's Terrorism Infrastructure**

Iran is now, and since 1985 has been continuously, listed in the U.S. State Department's list of state sponsors of terrorism, in a list provided to Congress each year as required by Title 22 of the United States Code, Section 2656f(a). Accompanying that list each year from the late 1980s until the early 2000s was a report issued by the State Department entitled *Patterns of Global Terrorism*– a report into which much effort was put, with each word being carefully weighed, and which has been much respected by researchers on terrorism (in recent years, it has been superceded by more detailed reports). The *Patterns of Global Terrorism 1996*, covering acts committed in that year, and issued in April 1997, states, "Iran remained the premier state sponsor of terrorism in 1996.... Iran continued to provide support – including money, weapons, and training – to a variety of terrorist groups, such as Hizballah, HAMAS, and the Palestine Islamic Jihad (PIJ)."

Iran uses various organizations to carry out its terrorist support activities. The Ministry of Information and Security (MOIS), Iran's intelligence service, is a major Iranian agency designated by Iran to help organize Iranian government support to PIJ. With approximately 30,000 employees, MOIS is the largest intelligence agency in the Middle East. Credible reports in the last decade, including those from Iranian government investigators looking into domestic misdeeds by MOIS, have estimated its annual budget to be approximately between $100 and $400 million. The United States Department of State has concluded that Iranian intelligence services facilitate and direct terrorist attacks. In *Patterns of Global Terrorism 1990*, the State Department wrote that "Iran has used its intelligence services extensively to facilitate and conduct terrorist attacks.... Intelligence officers in embassies have used the diplomatic pouch for conveyance of weapons and finances for terrorist groups."

Moreover, a German court held in its detailed decision in the 1997 Berlin murder case, known as the Mykonos case, that MOIS support for terrorism is conducted with the approval of the highest levels of the Iranian regime. In his verdict, Judge Frithjof Kubsch specifically cited the Iranian president and Supreme Religious Leader (who, under the Iranian constitution, is the commander-in-chief and has the authority to override any decision of the president or legislature) as ordering the murders in question.

In addition to MOIS, another means by which Iranian support to terrorism is carried out is through the Iranian Revolutionary Guard Corps (IRGC), which is an official Iranian agency

whose activities are tightly and carefully controlled by the Iranian government. Since 1988, many scores of PIJ operatives from the West Bank and Gaza have received Iranian military and other training at training bases run by the IRGC in Lebanon and in Iran itself, thus further bolstering PIJ's operational capabilities. Iran has also provided PIJ with weapons including, but not limited to explosives, automatic weapons, ammunition, hand grenades, shoulder fired missiles, rockets and launchers, as well as the training required to use these weapons. There is strong reason to believe that such weapons came from IRGC stocks or through IRGC channels.

## Conclusions

1. It is my opinion, to a reasonable degree of certitude, that the PIJ, and more specifically, its Shiqaqi faction, was involved in and carried out the bombing of the Dizengoff Center on March 4, 1996. The suicide bomber was a known activist in the PIJ movement and a PIJ leader paid a truck driver the equivalent of $1,100 to drive the suicide bomber to Tel Aviv to carry out the bombing.

2. It is also my opinion, to a reasonable degree of certitude, that the Islamic Republic of Iran, through its agencies MOIS and the IRGC, provided funding and training to the PIJ prior to March 4, 1996, as well as after that date, in order to facilitate the PIJ's ability to carry out terrorist activities, including suicide bombings, and particularly including the suicide bombing on March 4, 1996 of the Dizengoff Center. Such training would include how to operate explosive devices and how to achieve maximum death and destruction. Funding is required at various levels, including but not limited to, paying for the transportation of the suicide bomber to the place of detonation.

Dated:

November 27, 2007

Patrick Clawson
Deputy Director
The Washington Institute for Near East Policy
1828 L Street, N.W., Suite 1050
Washington, D.C. 20036
(202) 452-0650

Subscribed and sworn to before me, in my presence, this 27th day of November, 2007 a Notary Public in and for the District of Columbia

Denise Crenshaw
Notary Public

Denise Crenshaw
Notary Public District of Columbia
My Commission Expires: September 30, 2009

-8-