# EXHIBIT 4

## Translation from Hebrew

---

### Detailed event-report
(-) Symbol of The Israeli Police          (-) Symbol of the Yarkon county in the Police.
### A hostile terrorist attack
Number of event: 27126                produced on 13/11/01

---

## Details of the event
Number of event: 27126   Date of event: 04/03/1996   Hour of event: 16:00
Town: Tel-Aviv-Jaffa   County: Tel-Aviv      Police-district: Yarkon
Station: Yarkon district   Name of event:      Type of terror-attack: bomb
Destination of terror-attack: Civil   Lab case:   Special feature: body suicidor

## Details of Operator
Organization:            Group: unknown         Exposure: unknown
Number of group: unknown

## Place
Dizengoff Center

## Comments
Suicide - a body package-bomb - what exploded was a standard sabotage-package carried by a suicide-terrorist between the two buildings of Dizengoff-Center in Tel-Aviv. The terrorist tried probably to enter the building and avoided doing so because of guarding that was in the place and exploded while he was crossing in the zebra-crossing.
The suicidor - Ramez abed el Kader Machmad Abid, resident of the Chan-Yuness refugee-camp, born in 1974, known as an activist in the Palastinic Islamic Jihad, group of Shkaki.
The above got on a truck of an Arab-Israeli, driving produce from Gaza to Israel, in the Karni-barrier.
The suicidor wore gray Dakron trousers and a green shirt and carried a black bag with two carrying-handles in his hand. Before he got off the truck on Dizengoff street he attached the bag with the two handles to his shoulders.
The content of the sabotage-package - main explosive material: T.N.T. in the approximate weight of 15kg. Spray: number 10 nails, hole and in parts. Source of electrical potential: 9 vault batteries made by Semco and Peak - power. As a result from the explosion 13 civilians were killed and 125 injured. The terror-attack done by the GAP organization was planned for 25.2.96 but didn't work out because the truck-owner didn't go down to the Gaza strip as a result of the terror-attacks in Jerusalem and in Ashkelon on the same day. It is possible that the terror-attack was planned to be on that day together with the other two Chamass terror-attacks.

## Casualties

| Type of injury | Type of victim | amount |
|---|---|---|
| Dead | Civilian | 13 |
| All | | 13 |
| Injured | Civilian | 125 |
| All | | 125 |
| All casualties | | 138 |

---

**Detailed event-report**

(-) Symbol of The Israeli Police          (-) Symbol of the Yarkon county in the Police.

A hostile terrorist attack

Number of event: 27126          produced on 13/11/01

---

## Sabotage-package (bomb) number: 1

state of bomb: exploded     type of bomb: standard     bomb feature: body-package

### Explosive material:
features: standard          type: TNT          weight: 15.00
remarks:

### Batteries:
type: 9          base of batteries: unknown          amount: 1.00
produced by the company: SAMCO          battery coil: unknown
remarks:

### Spray:
type: a regular nail          placement: unknown
remarks:

### Camouflage:
type: handbag          remarks:

54778dr

פח"ע

| | | |
|---|---|---|
| מספר ארוע: 27126 | | הופק בתאריך: 13/11/01 |

### פרטי ארוע

| מספר ארוע: 27126 | תאריך ארוע: 04/03/1996 | שעת ארוע: 16:00 |
| ישוב: תל אביב יפו | מחוז: תל אביב | מרחב: ירקון |
| תחנה: מרחב ירקון | שם ארוע: | סוג פיגוע: מט"ח |
| יעד פיגוע: אזרח | תיק מעבדה : | מאפיין יחודי: מתאבד גוף |

### פרטי מבצע

| ארגון: | חוליה: לא ידוע | חשיפה: לא ידוע |
| מספר קבוצה: לא ידוע | | |

### מקום

דיזנגוף סנטר

### הערות

התאבדות - מטען גוף - התפוצץ מטען חבלה תקני שנישא בידי מפגע מתאבד בין שני הבנינים של דיזנגוף סנטר בתל אביב. המפגע ניסה ככל הנראה להיכנס לתוך המבנה ונמנע מכך בעקבות שמירה שהיתה במקום הנ"ל התפוצץ בעת שעבר במעבר החציה. המתאבד - ראמז עבד אל קאדר מחמד עביד תושב מ.פ. חאן יונס יליד 1974 מוכר כפעיל ג'יהאד אסלאמי פלשתיני / שקאקי. הנ"ל עלה במחסום קרני על משאית של ערבי ישראלי המוביל סחורה מעזה לישראל. המתאבד לבש מכנסי דקרון אפורים וחולצה ירוקה ונשא תיק שחור עם שתי ידיות נשיאה ביד. לפני שירד מהמשאית ברח' דיזנגוף רתם את התיק עם שתי הידיות על כתפיו. הרכב מטען החבלה - חנ"מ עיקרי : ט.נ.ט. (טיאנטי) במשקל מוערך של כ- 15 ק"ג. רסס : מסמרים מס' 10 חתוכים ושלמים. מקור מתח : סוללות 9 וולט מסוג סמקו ופיק פאוור. כתוצאה מהפיצוץ נהרגו 13 ונפצעו 125 אזרחים. הפיגוע שבוצע ע"י ארגון הגא"פ תוכנן לתאריך 25.2.96 אך לא יצא אל הפועל מכיוון שבעל המשאית לא ירד לרצועה בעקבות פיגועי ירושלים ואשקלון שבוצעו באותו יום. לא מן הנמנע שהפיגוע תוכנן להיות באותו היום במקביל לשני פיגועי החמא"ס האחרים.

### נפגעים

| סוג פגיעה | סוג נפגע | כמות |
|---|---|---|
| הרוג | אזרח | 13 |
| סה"כ | | 13 |
| פצוע | אזרח | 125 |
| סה"כ | | 125 |
| סה"כ נפגעים | | 138 |




# פח"ע

| מספר ארוע: | 27126 | הופק בתאריך: | 13/11/01 |

## מטען חבלה מס': 1

מצב מטען: התפוצץ    סוג מטען: תקני    מאפיין מטען: מטען גוף

**חנ"מ:**

אופי: תקני    סוג: ט.נ.ט    משקל: 15.00

הערות:

**סוללות:**

סוג: 9    בית סוללות: לא ידוע    כמות: 1.00

חברה מייצרת: SAMCO    ליפוף סוללות: לא ידוע

הערות:

**רסס:**

סוג: מסמר רגיל    מיקום: לא ידוע

הערות:

**הסוואה:**

סוג: תיק יד    הערות: