# EXHIBIT 5

Patterns of Global Terrorism: 1996

## Overview of State-Sponsored Terrorism




Department of State Publication
Office of the Secretary of State
Office of the Coordinator for Counterterrorism

## Overview of State-Sponsored Terrorism
*Released April 1997*

The United States actively promotes international cooperation in condemning state sponsorship of terrorism and in bringing maximum pressure to bear against state sponsors. The Secretary of State has designated seven countries as state sponsors of terrorism: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

Although US and international pressure has led to a decline in active state sponsorship of terrorism in recent years, more can and should be done to restrain those states that engage in terrorism themselves, or assist terrorists by providing sanctuary, arms, training, logistic support, financial backing, or diplomatic facilities. A range of bilateral and multilateral sanctions are in place to discourage these countries from continuing their support for international terrorism.

Cuba no longer is able to support actively armed struggle in Latin America or other regions of the world because of its severe economic problems. Although there is no current evidence that Cuba was directly involved in sponsoring specific acts of terrorism in 1996, it continues to provide safehaven for several international terrorists and maintains close ties to other state sponsors.

Iran, the most active state sponsor of terrorism today, continues to provide direction and support to terrorist groups, including Hizballah in Lebanon. Iran continues to assassinate dissidents abroad and also provides support to other terrorist groups that oppose Israel and the Middle East peace process. Iran has not withdrawn the fatwa against the life of Salman Rushdie.

Iraq's ability to carry out terrorism abroad has been curbed by UN sanctions. As events during 1996 clearly demonstrated, however, Saddam Hussein's regime continues to murder dissidents throughout Iraq and target foreign and local relief personnel in the northern part of the country.

Terrorism by Libya has been sharply reduced by UN sanctions imposed after the bombings of Pan Am Flight 103 (1988) and UTA Flight 772 (1989). Libya still evades its obligation to hand over those indicted for these crimes.

Although North Korea cannot be conclusively linked to any international terrorist attacks since 1987, it continues to provide sanctuary to Japanese Red Army members.

Sudan was not directly involved in any acts of international terrorism in 1996 and took some positive steps to distance itself from its past support for terrorism. At the same time, Sudan continued to serve as a sanctuary and training center for several international terrorist groups. Moreover, it has not

complied with the UN Security Council's demand that it turn over the three suspects implicated in the 1995 assassination attempt against President Mubarak.

There is no evidence of direct Syrian Government involvement in acts of international terrorism since 1986. The United States continues to urge Syria to banish terrorist groups that maintain a presence in Syria or in Syrian-controlled territory in Lebanon. Until Syria does so, it will remain on the list of state sponsors.

## Cuba

Cuba no longer actively supports armed struggle in Latin America and other parts of the world. In earlier years the Castro regime provided significant levels of military training, weapons, funding, and guidance to numerous leftist extremists. Havana's focus now is to forestall an economic collapse; the government actively continued to seek the upgrading of diplomatic and trade relations with other nations.

Although there is no current evidence that Cuban officials were directly involved in sponsoring specific acts of terrorism last year, Cuba is still a safehaven for several international terrorists, maintains close relations with other state sponsors of terrorism, and remains in contact with numerous leftist insurgent groups in Latin America.

A number of Basque Fatherland and Liberty (ETA) terrorists who sought sanctuary in Cuba several years ago continue to live on the island. Some of the more than 40 Chilean terrorists from the Manuel Rodriguez Patriotic Front (FPMR) who escaped from a Chilean prison in 1990 also probably still reside in Cuba. Colombia's two main guerrilla groups, the revolutionary Armed Forces of Colombia (FARC) and the National Liberation Army (ELN), reportedly maintain representatives in Havana. Cuba also provides safehaven to several nonterrorist US fugitives.

## Iran

Iran remained the premier state sponsor of terrorism in 1996. It continued to be involved in the planning and execution of terrorist acts by its own agents and by surrogates such as Lebanese Hizballah and continued to fund and train known terrorist groups.

Tehran conducted at least eight dissident assassinations outside Iran in 1996. In May 1996 Reza Mazlouman, a government official under the Shah, was murdered in Paris by an Iranian resident of Germany with alleged ties to Iran's Ministry of Intelligence and Security (MOIS). The suspect was extradited to France by Germany. Seven other dissidents were assassinated by Iran in 1996 in Turkey and northern Iraq. Iran's primary targets are members of the regime's main opposition groups, the Mujahedin-e Khalq (MEK) and the Kurdish Democratic Party of Iran (KDPI), as well as former officials of the late Shah's government who speak out against the clerical regime.

Iran continued to provide support-including money, weapons, and training-to a variety of terrorist groups, such as Hizballah, HAMAS, and the Palestine Islamic Jihad (PIJ). It continued to oppose any recognition of Israel and to encourage violent rejection of the Middle East peace process. For example, Iranian Vice President Habibi met with HAMAS leaders in Damascus and praised their successful efforts immediately following the February bombings in Israel. HAMAS claimed responsibility for two more bombings in Israel the following week.

During a routine customs inspection of an Iranian vessel in Antwerp in March, Belgian authorities discovered a disassembled mortar-like weapon hidden in a shipment of pickles. The shipment was consigned to an Iranian merchant living in Germany. Iranian dissidents claim that the mortar was intended for use in an assassination attempt against Iranian exiles in Europe.

Testimony in the three-year-long trial of an Iranian and four Lebanese for the Iran-sponsored killing of Iranian Kurdish dissidents in Berlin's Mykonos restaurant in 1992 concluded in late 1996. German authorities issued an arrest warrant in March for Ali Fallahian, Iran's Intelligence Minister. In the fall, former Iranian President Abolhassan Bani Sadr and two other witnesses testified against Iran. In final statements in late November, German prosecutors charged Iranian Supreme Leader Khamenei and Iranian President Rafsanjani with approving the operation. (Guilty verdicts for four of the accused were announced in April 1997.)

Iranian leaders have consistently denied being able to revoke the *fatwa* against Salman Rushdie's life, in effect for nearly eight years, claiming that revocation is impossible because the author of the fatwa is

deceased. There is no indication that Tehran is pressuring the 15 Khordad Foundation to withdraw the $2 million reward it is offering to anyone who will kill Rushdie.
In addition, Iran provides safehaven to elements of the Kurdistan Workers' Party (PKK), a Turkish separatist group that has conducted numerous terrorist attacks in Turkey and throughout Europe. Although Turkey and Iran agreed to a joint operation in mid-October to remove the PKK from the border region, Iran reportedly failed to cooperate in a meaningful way.
Iran's terrorist network in the Persian Gulf remained active in 1996. The Government of Bahrain announced in June the discovery of a local Hizballah group of Bahraini Shiites who had been trained and sponsored by Iran in an effort to overthrow the ruling al-Khalifa family.

## Iraq

Iraq has not managed to recover its preGulf war international terrorist capabilities, but it is slowly rebuilding its intelligence network. Acts of political violence continued in northern Iraq, and intra-Kurdish fighting in August led to an increased number of operatives there under Baghdad's control. At the time of its military attack on Irbil, Iraq reportedly murdered more than 100 Iraqis associated with the dissident Iraqi National Congress (INC). Later, Baghdad renewed its threat to charge foreign relief personnel and other Iraqi staff with "espionage," a crime punishable by death.
Iraq continues to provide safehaven to a variety of Palestinian rejectionist groups, including the Abu Nidal organization (ANO), the Arab Liberation Front (ALF), and the former head of the now defunct 15 May Organization, Abu Ibrahim, who masterminded several bombings of US aircraft. The Mujahedin-e Khalq (MEK), a terrorist group that opposes the current Iranian regime, also is based in Iraq.
In mid-November a Jordanian diplomatic courier was murdered in Iraq on the road from Amman to Baghdad, and his diplomatic pouch stolen. The perpetrators of the act have yet to be identified. The diplomatic bag contained 250 new Jordanian passports, which could be used by terrorist operatives for travel under cover.
The terrorist Kurdistan Workers' Party (PKK) continues to attempt to use northern Iraq as a safehaven and base for attacks on Turkey.

## Libya

The end of 1996 marked the fifth year of the Libyan regime's refusal to comply with the demands of UN Security Council Resolution 731. This measure was adopted following the indictments in November 1991 of two Libyan intelligence agents for the bombing of Pan Am Flight 103 in 1988. UNSCR 731 ordered Libya to turn over the two Libyan bombing suspects for trial in the United States or the United Kingdom, pay compensation to the victims, cooperate in the ongoing investigations into the Pan Am 103 and UTA Flight 772 bombings, and cease all support for terrorism.
UN Security Council Resolution 748 was adopted in April 1992 as a result of Libya's refusal to comply with the demands of UNSCR 731. UNSCR 748 imposed sanctions that embargoed Libya's civil aviation and military procurement efforts and required all states to reduce Libya's diplomatic presence. In November 1993 UNSCR 883 was adopted, imposing additional sanctions against Libya for its continued refusal to comply with UNSC demands. UNSCR 883 included a limited assets freeze and a ban on sales of some oil technology to Libya and strengthened existing sanctions in other ways.
By the end of 1996 Qadhafi had yet to comply in full with the UNSC demands. He did, however, allow a French magistrate to visit Libya in July to further his investigation of the 1989 bombing of UTA 772. As a result of that investigation, France has issued a total of six arrest warrants-two in 1996-for Libyan intelligence officers, who are still at large.
Tripoli continues to deny any involvement in Pan Am 103 and has made no attempt to comply with the UN resolutions. Most significantly, it still refused to turn over for trial in the United States or the United Kingdom the two Libyan agents indicted for the Pan Am bombing. In response to continued Libyan and Iranian support for terrorism, the US Congress passed the Iran and Libya Sanctions Act of 1996. This Act imposes new sanctions on companies that invest in the development of either country's petroleum resources. The law is intended to help deny revenues that could be used to finance international terrorism.
In addition to the Pan Am and UTA airliner bombings, Libya continues to be held responsible for other terrorist acts of the past that retain current interest. In October 1996 warrants were issued by German authorities for four Libyans who are suspected of initiating the 1986 Berlin discotheque bombing that killed two US citizens. The four are believed to be in Libya. Also, Libya is widely believed to be

Patterns of Global Terrorism: 1995

## Overview of State-Sponsored Terrorism





Department of State Publication
Office of the Secretary of State
Office of the Coordinator for Counterterrorism

## Overview of State-Sponsored Terrorism
*Released April 1996*

The United States and its allies continue to focus on raising the costs for governments that support, tolerate, and engage in international terrorism. It is widely recognized that state support for terrorist groups enhances their capabilities and makes law enforcement efforts to counter terrorism more difficult. To pressure states to stop such support, US law imposes trade and other restrictions on countries determined by the Secretary of State to have repeatedly provided support for acts of international terrorism by supporting, training, supplying, or providing safehaven to known terrorists. The United States currently lists Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria as state supporters of terrorism. The list is sent annually to Congress, although countries can be added or removed at any time circumstances warrant.

Cuba no longer is able to actively support armed struggle in Latin America or other parts of the world because of severe ongoing economic problems. While there was no direct evidence of its sponsorship of terrorist acts in 1995, the Cuban Government continued to provide safehaven for several international terrorists. Cuba has not renounced political support for groups that engage in international terrorism.

Iran continued in 1995 to be the world's most active supporter of international terrorism. Although Tehran tried to project a moderate image in the West, it continued to assassinate dissidents abroad and maintained its support and financing of groups that pose a threat to US citizens. Iranian authorities reaffirmed the validity of the death sentence imposed on British author Salman Rushdie, although some Iranian officials claimed that the Government of Iran would not implement the fatwa. No specific acts of terrorism attributed to the Iranian-backed Lebanese Hizballah in 1995 were on the scale of the July 1994 bombing of a Jewish cultural center in Buenos Aires, which is believed to have been perpetrated by Hizballah. Hizballah continued attempts to undermine the Middle East peace process and oppose Western interests throughout the Middle East. Iran also supports other radical organizations that commit terrorism in opposition to the peace process, including HAMAS, the Palestine Islamic Jihad (PIJ), and the Popular Front for the Liberation of PalestineûGeneral Command (PFLP-GC). It also provides safehaven to the Kurdistan Workers' Party (PKK), a terrorist group fighting for an independent Kurdish state that carried out numerous terrorist acts in 1995 against Turkish interests.

During 1995 several acts of political violence in northern Iraq matched Baghdad's pattern of using terrorism against the local population and regime defectors. These included a bombing attack on the Iraqi National Congress and the poisoning of a number of regime defectors. Iraq continues to provide a safehaven for various terrorist groups.

Libya continued for another year its defiance of the demands of UN Security Council Resolutions adopted in response to its involvement in the bombings of Pan Am flight 103 (1988) and UTA flight

772 (1989). These resolutions demand that Libya turn over for trial the two intelligence agents indicted for the PA 103 bombing, cooperate with US, UK, and French authorities in investigating the Pan Am and UTA bombings, pay compensation to victims, and cease all support for terrorism. Instead, Libya continued to foster disingenuous "compromises" aimed at diluting or evading the resolutions. It also continued hosting terrorist groups like the Abu Nidal organization (ANO). Further, an investigation into the murder of PIJ leader Fathi Shaqaqi in Malta in October 1995 revealed that he had long been a Libyan client. Tripoli also continued to harass and intimidate the Libyan exile community; it is believed to be responsible for the abduction of US resident Mansur Kikhia in December 1993 and was blamed by Libyan exiles for the murder of a Libyan oppositionist in London in November 1995. The Libyan charge in London was expelled in 1995 for threatening and surveilling Libyan exiles in the United Kingdom.

North Korea (the Democratic People's Republic of Korea, or DPRK) is not known to have sponsored any terrorist acts since 1987. Since 1993 the DPRK has made several efforts to reiterate a stated position of opposition to all forms of international terrorism. The DPRK Government since 1970 has provided safehaven to several members of the Japanese Communist LeagueûRed Army Faction, who participated in an aircraft hijacking in 1970.

Sudan came into sharper focus in 1995 as a center of international terrorist activities. By year's end it was at odds with many of its neighbors. Uganda and Eritrea had severed diplomatic relations with Khartoum because of its support of armed opposition groups in those countries. Ethiopia and Egypt accused Sudan of complicity in one of the year's highest profile terrorist crimes, the unsuccessful attempt to assassinate Egyptian President Hosni Mubarak in Addis Ababa on 26 June, attributed to the Egyptian al-Gama'at al-Islamiyya (Islamic Group or IG). Surviving assailants captured by Ethiopian police incriminated the Sudanese Government, which is dominated by the National Islamic Front (NIF), in planning the crime and training the assailants. Three conspirators are believed to be in Sudan. When Khartoum refused to cooperate in apprehending them, the Organization for African Unity (OAU) called for Sudan to hand over the suspects. In addition, Sudan continues to harbor Usama Bin Ladin, a major financier of terrorism, and members of some of the world's most violent groups like the IG, ANO, Lebanese Hizballah and HAMAS. Khartoum is a major transit point and base for a number of terrorist groups.

There is no evidence that Syrian officials have been directly involved in planning or executing terrorist attacks since 1986. Nevertheless, Syria continues to provide safehaven and supportûinside Syria and in areas of Lebanon under Syrian controlûfor terrorist groups such as Ahmad Jibril's PFLP-GC, HAMAS, Palestine Islamic Jihad (PIJ), the Japanese Red Army, and the Kurdistan Workers' Party (PKK). Syria has permitted Iranian resupply of Hizballah via Damascus but continues to restrain the international activities of some of these groups.

*Cuba*

Cuba no longer actively supports armed struggle in Latin America and other parts of the world. In earlier years, the Castro regime provided significant levels of military training, weapons, funding, and guidance to leftist extremists worldwide. Havana's focus now is to forestall an economic collapse; the government actively continued to seek the upgrading of diplomatic and trade relations with other nations.

Cuba is not known to have sponsored any international terrorist incidents in 1995. Havana, however, provided safehaven to several terrorists in Cuba during the year. A number of Basque Fatherland and Liberty (ETA) terrorists, who sought sanctuary in Cuba several years ago, still live on the island. Members of a few Latin American terrorist organizations and US fugitives also reside in Cuba.

*Iran*

Iran remains the premier state sponsor of international terrorism and is deeply involved in the planning and execution of terrorist acts both by its own agents and by surrogate groups. This year Tehran escalated its assassination campaign against dissidents living abroad; there were seven confirmed Iranian murders of dissidents in 1995, compared with four in 1994. Iranian antidissident operations

concentrated on the regime's main opposition group, the Mojahedin-e Khalq (MEK), and the Kurdish Democratic Party of Iran (KDPI).

Leaders of Iranian dissident groups are the most frequent victims of Iranian intelligence and terrorist operations. In 1995 most antidissident attacks were conducted in Iraq, in contrast to prior years' worldwide operations. Attacks on Iranian dissidents in Iraq during the year included the shooting deaths on 17 May of two MEK members in Baghdad, the murder on 5 June of two members of the Iranian Kurdish "Toilers" Party (Komelah) in Sulaymaniyah, and the killing of three MEK members in Baghdad on 10 July. The shooting death in Paris on 17 September of Hashem Abdollahi, son of the chief witness in the trial of 1994 that convicted two Iranians for murdering former Iranian Prime Minister Bakhtiar in 1991, may have been an antidissident attack.

Sendar Hosseini, a suspect in the 1994 murder of dissident Osman Muhammed Amini in Copenhagen, Denmark, was arrested by Italian police in Bibione, Italy.

Iran provides arms, training, and money to Lebanese Hizballah and several Palestinian extremist groups that use terrorism to oppose the Middle East peace process. Tehran, which is against any compromise with or recognition of Israel, continued in 1995 to encourage Hizballah, HAMAS, the PIJ, the PFLP-GC, and other Palestinian rejectionist groups to form a coordinated front to resist Israel and the peace process through violence and terrorism.

Hizballah, Iran's closest client, remains the leading suspect in the July 1994 bombing of the Argentine-Israel Mutual Association (AMIA) in Buenos Aires that killed at least 96 persons. This operation was virtually identical to the one conducted in March 1992 against the Israeli Embassy in Buenos Aires, for which Hizballah claimed responsibility.

Iran also gives varying degrees of assistance to an assortment of radical Islamic and secular groups from North Africa to Central Asia. For example, Tehran continued to offer the Kurdistan Workers' Party (PKK) safehaven in Iran. Seeking to establish a Kurdish state in southeastern Turkey, the PKK in 1995 launched numerous attacks in Europe and continued its violent campaign against Turkish tourism, including attacks on tourist spots frequented by Westerners. Tehran also provided some support to Turkish Islamic groups that have been blamed for attacks against Turkish secular and Jewish figures.

Iranian authorities reaffirmed the validity of the death sentence imposed on British author Salman Rushdie, although some Iranian officials claimed that the Government of Iran would not implement the fatwa. Tehran, however, continued to mount a propaganda campaign against Rushdie. In February the sixth anniversary of the judgment Iran's official news agency IRNA reported that Deputy Foreign Minister Mahmoud Vaezi "underlined the need for the implementation of the fatwa against the author of the blasphemous book The Satanic Verses." Vaezi in May declared that "the fatwa issued by the late Imam [Khomeini] could neither be revoked nor changed by anybody."

Despite increasing Iranian support for extremist groups and involvement in terrorist operations, President Rafsanjani continued to project publicly a "moderate" image of Iran to Western European countries and Japan to facilitate the expansion of its relations with them. This quest for respectability probably explains why Iran reduced its attacks in Europe last year; Tehran wants to ensure access to Western capital and markets.

Iran continued to view the United States as its principal foreign adversary, supporting groups such as Hizballah that pose a threat to US citizens. Because of Tehran's and Hizballah's deep antipathy toward the United States, US missions and personnel abroad continue to be at risk.

*Iraq*

During 1995 several acts of political violence in northern Iraq matched Baghdad's pattern of using terrorism against the local population and regime defectors. Although Iraq's terrorist infrastructure has not recovered from the blows it suffered during the Gulf war, Baghdad has taken measures to restore its terrorist options.