# EXHIBIT 6

MINISTRY OF HEALTH – STATE OF ISRAEL

THE L. GREENBERG INSTITUTE OF FORENSIC MEDICINE
AFFILIATED TO THE SACKLER FACULTY OF MEDICINE

67 BEN ZVI ST. P.O.BOX 49015 TEL-AVIV 61490 ISRAEL
TEL. 03-5127878 FAX 03-6833813

Number: 402/220/96

Expert opinion
Reference: Evidence Ordinance (new version) of 1971

| | |
|---|---|
| **Name of expert:** | **Yehuda Hiss, M.D.** |
| **Education details:** | **Physician since 1973** |
| **Professional experience:** | **Pathology since 1975, forensic medicine since 1981.** |
| | |
| **Name of resident:** | **R. Nachman, M.D.** |
| **Education details:** | **Physician since 1992.** |
| **Professional experience:** | **Forensic medicine since 1995.** |

I am providing this opinion in lieu of evidence in court, and hereby declare that I am well aware that for the intents and purposes of the provisions of the criminal law concerning perjury, this opinion, once signed by me, will be deemed as sworn evidence in a court of law.

On March 4 1996 the body of Belkin Gail Sharon**, aged 48, was brought by a Tzuri ambulance in accordance with the requirement of the Yarkon police.
On March 4 1995 an autopsy was performed by the undersigned.
The identification of the body was performed by personal acquaintance.

**The circumstances:**

A victim of a terrorist bombing in Dizengoff Street in Tel-Aviv.

402/220/96

**The report was written at the time of examination :**

1. A female cadaver, aged 35-45 years, with a normal build, a good nutritional state, with a left heel-crown length of approximately 167 cm, wearing the following:
   A. A grayish T-shirt.
   B. A Bordeaux T-shirt.
   C. A grayish brassiere.
   D. Short black panties with elastic and a purple inscription stating "COTONELLA".
   E. Parts of long, white, green, yellow and blue checked tights.
   F. Bordeaux socks.
   G. A brown leather semi-high-heeled left shoe.
   H. A yellow earring of approximately 2.5 cm diameter is present on the left earlobe.
   I. A grayish analog watch with a plastic strap is present on the left wrist.
   J. A yellowish metal ring with a curly shape and three smooth bands is present on the left ring finger.
   K. Ten yellow round metal bracelets are present on the right wrist.
   L. A yellow ring with a figure is present on the right ring finger.

   Sections of 2 ribs with avulsed muscles have been transferred with the cadaver.

2. Due to the condition of the cadaver, rigor mortis and livor mortis cannot be discerned. The cadaver is warm. A blackish substance has been smeared over the surface of the cadaver.

3. The scalp is covered with scorched brown hair of approximately 11 cm length. A number of gaping lacerations were found on the skin of the right side of the scalp, from point size up to about 6 cm, with separation of the scalp from the cranium. 1st-2nd degree burns and a number of lacerations from point size to about 2 cm are present on the right side face skin. Red-bluish subcutaneous hemorrhages are present on the eyelids. The right eyeball is recessed and the left eyeball supple, the cornea transparent, irides brown, the pupil round and of 0.3 cm diameter, and the conjunctivae having red-bluish hemorrhages present. The nasal bones are broken and crushed. Small lacerations are present on the dorsum of the nose. A moderate amount of bloody fluid is present in the nostrils.
   Many lacerations of up to 2 cm size are present around the lips.
   Multiple submucosal hemorrhages and lacerations are present on the gingival and labial mucosa.
   A dental record is attached herewith – this was taken by Forensic Identification Department experts.
   A large amount of bloody fluid is present in the oral cavity. Fractures have been palpated on the right ethmoid bone. The left auricle is intact. The right auricle is torn and is connected to the skin by a 0.6 cm bridge of tissue.

402/220/96

4. Multiple abrasions and lacerations of point size to about 4*2 cm are present on the anterior and right neck. Deep soft tissues are visible through the large laceration.

5. A number of irregular brown-reddish to yellowish abrasions with clear boundaries and up to 3rd degree burns are present on the anterior trunk down to the inferior left abdomen.
   There are brown-reddish abrasions interspersed in the pubic region, with intact skin sections in between.
   The vulva and anus show now damage. The back has no fresh traumatic damage other than a number of 1st and 2nd degree burns, in the region between the midaxillary line almost up to the right scapular line to the right waist. Fractures have been palpated in the ribs. Up to 3rd degree burns are present on the buttocks, in the central region. 2 light brown cutaneous protrusions are present in the left abdomen, inferior to the ribcage.
   A light brown oval skin protrusion of 1.1*1 cm size is present in the lower left back, approximately 50 cm from the crown and about 10 cm from the midline.

6. Up to 2nd degree burns of reddish color and clear, irregular brown-reddish abrasions are present on the right upper limb.
   Brown-reddish abrasions are present on the dorsum of the hand, near the proximal phalanges.
   There are brown-reddish abrasions with sloughing of the skin and small lacerations and 1st and 2nd degree burns on the posterio-medial aspect of the left forearm and hand. There is no damage on the remaining surface of the left upper limb.

7. Reddish 2nd degree burns smeared with a black color are present on the lower limbs, mainly on their anterior and lateral aspects.
   A number of lacerations of about 2 cm to about 13 cm length are present on the anterior (in the superior and middle third) and medial (in the inferior third) thigh, the left leg (the medial superior third and the lower third) and ankle.
   The feet are relatively intact and without damage. There are parts of nails with pinkish nail varnish.

X-ray radiograms and negatives have been taken.

Fingerprints have been taken.

Items of clothing have been delivered with the cadaver.

Jewels have been delivered for safeguarding.

402/220/96

**Summary of main anatomic findings**

1. 1st and 2nd degree burns on the head, neck, trunk and limbs.

2. Lacerations on the head, trunk and limbs.

3. Fractures of the cranial and facial bones and ribs.

**Opinion**

Based on the results of the examination of the cadaver of Ms. Belkin Gail Sharon aged 48, we hereby express our opinion that her death was caused by the detonation of explosives.

R. Nachman, M.D.                                              Y. Hiss, M.D.
                                                                              (-)

March 11 1996 – Y.R.

### Ministry of Health – Institute of Forensic Medicine

Based on the external examination / autopsy (delete as applicable) the findings according to the pictures below are an integral part of report number 402/220/96, corresponding with the report of the deceased Belkin Gail Sharon

**Picture number 1**
Anterior face
Lacerations and burns on face



**Picture number 2**
Earring in left earlobe.



## Ministry of Health – Institute of Forensic Medicine

Based on the external examination / autopsy (delete as applicable) the findings according to the pictures below are an integral part of report number <u>402/220/96</u>, corresponding with the report of the deceased <u>Belkin Gail Sharon</u>

**Picture number 3**
Burns on anterior trunk
Laceration on left thigh



**Picture number 4**
Jewels on right upper limb



## Ministry of Health – Institute of Forensic Medicine

Based on the external examination / autopsy (delete as applicable) the findings according to the pictures below are an integral part of report number <u>402/220/96</u>, corresponding with the report of the deceased <u>Belkin Gail Sharon</u>

**Picture number 5**

Up to 3rd degree burns on lower limbs



**Picture number 6**
Up to 3rd degree bone on lower limbs. Laceration on left ankle.



מדינת ישראל – משרד הבריאות
MINISTRY OF HEALTH – STATE OF ISRAEL

מכון לרפואה משפטית על שם ל. גרינברג
מסונף לפאקולטה לרפואה ע"ש סאקלר אוניברסיטת ת"א
THE L. GREENBERG INSTITUTE OF FORENSIC MEDICINE
AFFILIATED TO THE SACKLER FACULTY OF MEDICINE

דרך בן-צבי 67, ת.ד. 49015 תל-אביב 61490, ישראל
67 BEN ZVI ST. P.O.BOX 49015 TEL-AVIV 61490 ISRAEL
TEL. 03-5127878 טל.  פקס. FAX 03-6833813

מספר: 402/220/96

חוות דעת מומחה
סמוכין: פקודת הראיות (נוסח חדש), 1971

שם המומחה:        ד"ר יהודה היס.
פרטי השכלה:       רופא משנת 1973.
נסיון מקצועי:     פתולוגיה משנת 1975, רפואה משפטית משנת 1981.

שם המתמחה:        ד"ר ר. נחמן.
פרטי השכלה:       רופא משנת 1992.
נסיון מקצועי:     רפואה משפטית משנת 1995.

אני נותן חוות דעתי זו במקום עדות בבית המשפט, ואני מצהיר בזה כי ידוע לי היטב, שלעניין הוראות החוק הפלילי בדבר עדות שקר בשבועה בבית המשפט, דין חוות דעתי זו כשהיא חתומה על ידי כדין עדות בשבועה בבית המשפט.

בתאריך 4/3/96    הובאה גופת בלקין גייל שרון
בגיל 48 שנה, ע"י אמבולנס צורי    ע"פ דרישת משטרת ירקון.
בתאריך 4/3/96    בוצעה ע"י החת"מ נתיחה.
זיהוי הגופה נערך ע"פ היכרות אישית.

**הנסיבות :**

קורבן פיגוע ברחוב דיזינגוף בתל-אביב.

1

**הדין וחשבון נרשם בשעת הבדיקה :**

1. גופת אשה כבת 35-45 שנים, בעלת מבנה גוף תקין, במצב תזונתי טוב, באורך עקב שמאל-קדקוד כ-167 ס"מ, לבושה ב:

   א. חולצת טריקו בצבע אפרפר.
   ב. חולצת טריקו בצבע בורדו.
   ג. חזיה בצבע אפרפר.
   ד. תחתונים קצרים בצבע שחור עם גומי וכתובת בצבע סגול : "COTONELLA".
   ה. חלקי מכנסי "טייטס" משובצים וארוכים בצבע לבן, ירוק, צהוב וכחול.
   ו. גרביים בצבע בורדו.
   ז. נעל ימנית מעור בצבע חום, חצי גבוהה.
   ח. בתנוך שמאל נמצא עגיל בצבע צהוב, בקוטר כ-2.5 ס"מ.
   ט. בשורש יד שמאל נמצא שעון אנלוגי עם רצועה פלסטית בצבע אפרפר.
   י. באצבע 4 משמאל נמצאת טבעת מתכתית בצבע צהבהב בצורה מסולסלת ועם 3 פסים חלקים.
   יא. על שורש כף יד ימין נמצאים 10 צמידים חישוקיים מתכתיים בצבע צהוב.
   יב. באצבע 4 מימין נמצאת טבעת בצבע צהוב עם דמות.

   עם הגופה הועברו קטעי 2 צלעות עם שרירים קרועים.

2. עקב מצב הגופה לא ניתן להבחין בצפידת ובכתמי מוות. הגופה חמה. על פני הגופה מרוח חומר שחרחר.

3. קרקפת מכוסה שיער חום חרוך באורך כ-11 ס"מ. בעור הקרקפת מימין נמצאים מספר פצעי קרע פעורים, בגודל מנקודה ועד לכ-6 ס"מ עם הפרדות הקרקפת מהגולגולת. בעור הפנים מימין נמצאות כוויות מדרגה 1-2 ומספר פצעי קרע בגודל מנקודה ועד לכ-2 ס"מ. בעפעפיים נמצאים דימומים תת עוריים בצבע אדום-כחלחל. גלגל עין ימין שקוע וגלגל עין שמאל גמיש, הקרנית שקופה, הקשתיות חומות, אישון עגול בקוטר 0.3 ס"מ, בלחמיות נמצאים דימומים בצבע אדום-כחלחל.
שלד האף שבור ומרוסק. בגב האף נמצאים פצעי קרע קטנים. בנחיריים נמצא נוזל דמי בכמות בינונית.
סביב לשפתיים נמצאים פצעי קרע רבים בגודל עד כ-2 ס"מ. ברירית השפתיים ובחניכיים נמצאים דימומים תת רירים ופצעי קרע מרובים.
רישום שיניים מצ"ב- נערך ע"י מומחי מז"פ.
בחלל הפה נמצא נוזל דמי בכמות רבה. נמושו שברים בעצם העול מימין. אפרכסת שמאל ללא נזקים. אפרכסת ימין קרועה ומתחברת לעור ע"י גשר רקמה בגודל 0.6 ס"מ.

2

4. בקדמת הצוואר ובחלק הימני נמצאים פצעי שפשוף מרובים ופצעי קרע מרובים בגודל מנקודה ועד לכ-2*4 ס"מ, דרך פצע הקרע הגדול מבחינים ברקמות רכות בעומק.

5. בקדמת הגוו עד הבטן התחתונה משמאל נמצאים מספר פצעי שפשוף בצבע חום-אדמדם עד צהבהב, בלתי סדירים עם גבולות ברורים ומוקדי כוויה עד לדרגה 3.
באיזור הבושת, פה ושם, מפוזרים פצעי שפשוף בצבע חום-אדמדם וביניהם קטעי עור ללא נזקים.
בכניסה לכלידן ובפי הטבעת אין נזקים. בגב אין נזקים חבלתיים טריים פרט לכמה מוקדי כוויה בדרגה 1 ו-2 ובאיזור שבין קו בית שחי אמצעי ועד כמעט לקו עצם השכם מימין ועד למותן מימין. נמושו שברים בצלעות. בעכוז, באזור המרכז, נמצאים מוקדי כוויה עד לדרגה 3. בבטן משמאל, מתחת לקשת הצלעות, נמצאות 2 בליטות עור בצבע חום בהיר.
בגב תחתון משמאל, במרחק כ-50 ס"מ משיא הקדקוד וכ-10 ס"מ מקו האמצע, נמצאת בליטת עור ביצתית בצבע חום בהיר ובגודל 1*1.1 ס"מ.

6. בגפה עליונה ימנית נמצאים מוקדי כוויה עד דרגה 2 בצבע אדמדם ופצעי שפשוף בצבע חום-אדמדם, ברורים ובלתי סדירים.
בגב כף היד, קרוב לגלגלים המקורבים, נמצאים פצעי שפשוף בצבע חום-אדמדם.
בצד אחורי-זרתי של אמה שמאל ובכף היד נמצאים פצעי שפשוף-התקלפות עור בצבע חום-אדמדם ופצעי קרע זעירים ומוקדי כוויה בדרגה 1 ו-2. בשאר שטח הגפה העליונה משמאל אין נזקים.

7. בגפיים התחתונות, בעיקר בקדמתן ובצידן הפנימי, נמצאים מוקדי כוויה בדרגה עד 2, בצבע אדמדם ומרוחה בצבע שחרחר.
בקדמת ירך שמאל (בשליש עליון ואמצעי), ובצד הפנימי (בשליש התחתון), בשוק שמאל (בשליש עליון בצד פנימי ובשליש התחתון) ובקרסול, נמצאים מספר פצעי קרע באורך מכ-2 ס"מ ועד לכ-13 ס"מ.
כפות הרגליים יחסית שלמות, ללא נזקים. חלקי צפורניים משוחים בלקה בגוון ורדרד.


צולמו תצלומים ותשלילי רנטגן.

הורדו טביעות אצבעות.

פריטי לבוש נמסרו עם הגופה.

תכשיטים נמסרו לשמירה.

3

402/220/96

### סיכום ממצאים אנטומיים עיקריים

1. כוויות בדרגה 1 ו-2 בראש, בצוואר, בגוו ובגפיים.
2. פצעי קרע בראש, בגוו ובגפיים.
3. שברים בעצמות הראש, הפנים ובצלעות.

### חוות דעת

על סמך תוצאות בדיקה בגופתה של גב' בלקין גייל שרון בת 48 שנים, הרינו לחוות דעתנו כי מותה נגרם מפיצוץ חומר נפץ.

ד"ר ר. נחמן

11/3/96 - י.ר.

4

משרד הבריאות - מכון לרפואה משפטית

על סמך הבדיקה החיצונית / נתיחה (למחוק את המיותר) הממצאים לפי

התמונות מטה הם חלק בלתי נפרד מדו"ח מספר ‎402/220/96‎

מתאים לדוח המנוח / ת ‎בלקין גייל שרון‎

תמונה מספר 1

פנים מקדימה
פצעי קרע וכוויה
בפנים.



תמונה מספר 2

עגיל בתנוך משמאל.



1

משרד הבריאות - מכון לרפואה משפטית

על סמך הבדיקה החיצונית / נתיחה (למחוק את המיותר) הממצאים לפי

התמונות מטה הם חלק בלתי נפרד מדו"ח מספר    402/220/96

מתאים לדוח המנוח / ת    בלקין גייל שרון

תמונה מספר  3

פצעי כויה בגוו
בקדמתו.
פצע קרע בירך
שמאל.



תמונה מספר  4

תכשיטים בגפה עליונה
ימנית.



משרד הבריאות – מכון לרפואה משפטית

על סמך הבדיקה החיצונית / נתיחה (למחוק את המיותר) הממצאים לפי

התמונות מטה הם חלק בלתי נפרד מדו"ח מספר    402/220/96

מתאים לדוח המנוח / ת    בלקין גייל שרון

תמונה מספר    5

כויות עד דרגה 3 בגפיים תחתונות.



תמונה מספר    6

כויות עד דרגה 3 בגפיים התחתונות
פצע קרע בקרסול שמאלי.



3