# EXHIBIT 7



BELKIN v. IRAN
Civil No. 06-0711 (PLF)

NEWS BROADCAST
FOLLOWING DIZENGOFF
BOMBING
3/4/96