# EXHIBIT 8

116

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN M. FLATOW,            :    Docket Number: CA 97-396
                              :
         Plaintiff,           :
                              :
    v.                        :    Washington, D.C.
                              :    Tuesday, March 3, 1998
ISLAMIC REPUBLIC OF IRAN,     :    9:50 a.m.
et al.,                       :
                              :
         Defendants.          :
                              :
- - - - - - - - - - - - - - - x

TRANSCRIPT OF EVIDENTIARY HEARING
BEFORE THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE
DAY 2

APPEARANCES:

For the Plaintiff:            STEVEN R. PERLES, ESQUIRE
                              ANNE-MARIE LUND KAGY, ESQUIRE
                              STEVEN R. PERLES, P.C.
                              1666 Connecticut Avenue, N.W.
                              Suite 500
                              Washington, D.C.  20009
                              (202) 745-1300


                              THOMAS FORTUNE FAY, ESQUIRE
                              601 Pennsylvania Avenue, N.W.
                              Suite 900
                              Washington, D.C.  20004
                              (202) 638-4534


Court Reporter:               THERESA M. SORENSEN, CVR-CM
                              Official Court Reporter
                              Room 4808-B, U.S. Courthouse
                              Washington, D.C.  20001
                              (202) 273-0745


Proceedings reported by stenomask recording, transcript
produced by transcription.

                    Pages 116 through 197

Page 141

1  Institute for Near Eastern Studies. He's written over 40
2  books and articles on Iran, the organization of the government
3  of Iran.
4      THE COURT: All right.
5      MR. FAY: And after that we have Mr. Harry Brandon,
6  who is the retired deputy director of the Federal Bureau of
7  Investigation in charge of counter-terrorism. And I would
8  estimate the testimony of each to last about an hour, and I
9  did not time it when we were going through before trial, but I
10 would think about an hour. And then we'll just spend a little
11 bit of time with the exhibits, and as I say, I think we'd be
12 done at 3:00, 3:15, something in that time sequence.
13     THE COURT: All right. Have a nice lunch.
14     MR. FAY: Thank Your Honor.
15 (Whereupon, at 11:57 a.m., there was a luncheon recess.)

Page 142

1           AFTERNOON SESSION
2                (1:12 p.m.)
3      THE COURT: Good afternoon.
4      MR. FAY: Good afternoon, Your Honor. At this time
5  we'll call Dr. Patrick Clawsen.
6      THE COURT: Okay.
7      PATRICK LYLE CLAWSEN, PLAINTIFF'S WITNESS, SWORN
8              DIRECT EXAMINATION
9  BY MR. FAY:
10 Q. Could you please state your full name and address?
11 A. Patrick Lyle Clawsen, 1541 33rd Street, Northwest in
12 Washington, D.C.
13 Q. What is your present occupation?
14 A. I am the director for research at the Washington
15 Institute for Near East Policy.
16 Q. Could you detail your education for us post high
17 school?
18 A. I have a bachelor's degree from Oakland College, and a
19 doctorate of philosophy degree from the New School for Social
20 Research, both of them in the field of economics.
21 Q. Could you detail some of your writings?
22 A. In the last 15 years my writings have concentrated on
23 Iran, Iran's economy and politics. For instance, I wrote a
24 book entitled Iran's Challenge to the West that was published
25 by the Washington Institute in 1993. I also edited a volume

Page 143

1  called Iran's Strategic Intentions and Capabilities that was
2  published by the National Defense University Press in 1994. I
3  have published approximately 30 articles in professional
4  journals about Iran's economy and politics.
5  Q. Do those include publications with regard to Iran
6  during the 1995 year?
7  A. Yes. I published...I think it's four articles since
8  1995, covering Iran.
9  Q. Dr. Clawsen, in what languages do you have fluency?
10 A. I'm reasonably fluent in Persian, in French, German,
11 Spanish and Hebrew, as well as English.
12 Q. With regard to your writings on Iran, does the research
13 which you have done include readings in the native language of
14 Iran?
15 A. That's correct. I have read two newspapers in Persian
16 every day for the last 15 years.
17 Q. Could you describe a little bit, with regard to Iran,
18 the extent to which those newspapers, during the 1990s, would
19 represent, if not some free expression of opinion, at least
20 some accurate expression of facts with regard to the state of
21 Iran?
22 A. Iran has, at the moment, approximately 14 major
23 national daily newspapers, which compete with each other, and
24 which frequently publish documents that the government had
25 hoped to keep secret. May I point out that, for instance,

Page 144

1  during the affair known as the Iran/Contra affair, that it was
2  indeed the Iranian sponsored and backed in Lebanon, which
3  leaked the information about the affair. It wasn't the US
4  press which ferreted this out, it was instead press supported
5  and paid for by Iran that published this information.
6  Q. Could you describe your professional background? By
7  that I mean your work background.
8  A. I'm, by training, an economist. I worked for four
9  years each at the International Monetary Fund, the World Bank,
10 the Foreign Policy Research Institute in Philadelphia, and the
11 National Defense University here in Washington at their
12 Institute for National Strategic Studies.
13 Q. Doctor, could you describe for us the extent to which
14 your studies have included a study of the Palestinian Islamic
15 Jihad and its relationship to Iran?
16 A. Ever since 1992 I have been following closely Iran's
17 support for Islamic extremist organizations, including the
18 Palestinian Islamic Jihad, or PIJ.
19 Q. To what extent has it included a study of the Iranian
20 economy, particularly, over the past ten years?
21 A. I have published numerous articles on Iran's economic
22 problems and prospects, testified on that issue repeatedly in
23 front of the US Congress, and spoken about it at forums from
24 Tehran to Moscow to Washington.
25 Q. How open is the information available on the Iranian

### Page 145

1 economy?
2 A. By the standards of the Middle East, there's a great
3 deal of information about the Iranian economy. That may be
4 much less than we are used to here in the United States, but
5 still, there is quite a bit of information. Let me just cite
6 as an example that in 1992-93 and '93-'94, the Iranian
7 Government, in publishing a detailed budget for the foreign
8 exchange for the country, actually included figures for how
9 much support they would be providing for Palestinian
10 revolutionary organizations. We can assume that those figures
11 may have been an under statement, that there were also secret
12 accounts, what we call in the US Government, black accounts,
13 but the very fact that they would include such allocations and
14 that these would be discussed in the Iranian Parliament, I
15 think is an example of how Iran is a much more open society
16 than many of the other terrorist-supporting countries.
17 Q. To what extent is parliamentary debate and
18 parliamentary discussion in the Iranian Parliament, open to
19 experts and professionals, such as yourself?
20 A. The proceedings in the Iranian Parliament are broadcast
21 live in Iran in radio station that can be picked up by US
22 Government interceptions, and by all accounts, the
23 proceedings, which are published by the Iranian Government of
24 those debates, is quite accurate.
25 Q. Doctor, are you familiar with a group known as the

### Page 146

1 Shaqaqi faction of the Palestinians?
2 A. The Palestinian Islamic Jihad Shaqaqi faction, yes.
3 Q. Could you describe that a little bit?
4 A. Well, what is so remarkable about the Palestinian
5 Islamic Jihad organization is that it is an organization that
6 has not cooperated with extreme nationalist elements in the
7 Palestinian community, and is focused on a narrow-minded
8 Islamic agenda, which substantially reduces its potential for
9 support by excluding the nationalists and only focusing on the
10 Islamic element.
11      And then within that framework, what is remarkable
12 about this organization is that from its inception, it has
13 worked closely with the Shia-dominated, Shia-controlled
14 Islamic Republic of Iran. Whereas, Shias are subject to, at
15 the very least, social discrimination, prejudice, dislike, by
16 the great majority of Palestinian Muslims, who are...among
17 whom there are essentially no Shia, they are almost all Sunni,
18 a few smaller sects, but essentially no Shia.
19 Q. Doctor, for those of us, that probably includes almost
20 everyone in the room other than perhaps Mr. Brandon, maybe
21 you'd better explain these two groups of Muslims. You
22 mentioned the Shiites and the...what's the other term?
23 A. The Sunni.
24 Q. Sunni. Maybe you'd better explain the difference
25 between these types and what we're talking about...what you're

### Page 147

1 talking about when you describe them.
2 A. Certainly there are many theological differences
3 between Sunnis and Shias, but perhaps for our purposes, what's
4 more important is that there are also important sociological
5 differences and mutual dislike. On the whole in Egypt, the
6 Palestinian community, Jordan and Saudi, Arabia, Shiites are
7 regarded as dubiously Muslim, as engaging in a variety of
8 scandalous social practices, and are the subject of
9 considerable salacious rumors and social prejudice.
10      In Lebanon there is a substantial Shia minority,
11 which has always been a poor minority, regarded as the people
12 on the wrong side of the tracks, who have less education and
13 are, I think it's fair to say, despised by many of the Sunnis.
14 Q. Within the Palestinian group, what percentage would you
15 attribute to each of those factions?
16 A. I don't...I'm unaware of their being even one percent
17 of the population among Palestinians who are Shiites. There
18 may be some historical Shiite community, but, boy, it's going
19 to be small and isolated. The great majority of Palestinian
20 Muslims are Sunni. There are a number of offshoot groups that
21 are dubiously Muslim split-off sects among the Palestinian
22 community, but there are no Shiites to speak of.
23 Q. Can you describe the Shaqaqi faction in terms of
24 estimates as to its membership, and perhaps, you could
25 identify the sources for estimates as to its membership,

### Page 148

1 A. I've certainly never done any independent estimate
2 myself of its size, and have relied upon the estimates made by
3 their own members in their press and their interviews of the
4 Iranians, but I have never seen any suggestions from their
5 sources or any other sources that they had more than a few
6 hundred members, and sometimes smaller estimates are made.
7 I've seen estimates from intelligence officials that we were
8 talking of a hundred people or fewer.
9 Q. Is the Shaqaqi faction confined to activities within
10 the Palestinian community? By "within the Palestinian
11 community" I mean are there Shaqaqi faction members who are
12 Egyptian nationals or Iranians or any other group, or is it
13 confined to the Palestinians?
14 A. I've never heard any suggestions of Shaqaqi faction
15 members who are of other nationalities. I think they've had
16 some rather close relationships with some of the Lebanese
17 Shiite groups, but it's always been organization to
18 organization relationships in support rather than membership.
19 The Shaqaqi faction had the reputation, has described itself
20 as being quite a small organization without the kind of broad
21 network of the social institutions and churches, Mosques and
22 schools and hospitals that you find among some of the other
23 terrorist organizations.
24 Q. Where does their support come from?
25 A. There was a very interesting debate in the organization

Page 149

1 after Mr. Shaqaqi's death about the question of Iran's role in
2 supporting the organization, at which time there was general
3 agreement among those involved in this debate, that up till
4 that point Iran had been their overwhelming source of support,
5 and I have never seen anyone who has studied the matter, who
6 has been able to identify any other significant source of
7 support except from the Iranian Government.
8 Q. Other than support from Iran, in all of your readings
9 of journals, whether it's Farsi, Arabic, whatever languages,
10 Near Eastern journals, is there any indication of any appeal
11 by the Shaqaqi faction to anyone else, which has been
12 responded to, now, in economic terms?
13 A. Quite the contrary. There have been numerous comments
14 to the effect that the Shaqaqi faction has been unable to tap
15 into that loose network of radical Islamic funding sources,
16 many of whom, for instance, are rich individuals from the
17 Persian Gulf, Saudi, Arabia, United Arab Emirates, Kuwait, who
18 have strong social prejudices against Shia, and indeed, who
19 make rabid statements...rabid anti-Shia statements. Someone
20 like, say, Oussama Ben Ladin (ph. sp.), a very well-to-do
21 Saudi businessman, now residing in Afghanistan, who in fact
22 was stripped of him Saudi nationality for his support to
23 radical organizations, and has been openly dismissive of the
24 Shia in general and of the Shaqaqi faction in particular,
25 because of its connections with the Iranian Government.

Page 150

1 Q. Does the Shaqaqi faction, or had it in 1995, to the
2 best of your knowledge within all of these publications, have
3 any type of social agenda? That is to say, did they run any
4 schools or anything other than terrorist activities?
5 A. When you say social agenda, they do talk about their
6 goal as being establishment of Islamic Government.
7 Q. Yes. But I means in terms of their activities --
8 A. I'm not aware of any sort of activities that they carry
9 out. There's been talk of them of having some
10 relations...decent relations with a few mosques, but not that
11 these mosques are under their control, that they financially
12 support them or run them. And there's been a number of
13 occasions when Shaqaqi faction people have been thrown out of
14 the West Bank in Gaza to Lebanon, when they have made
15 statements which made it clear that they didn't have any
16 network of those sorts of institutions to fall back upon and
17 to find support from and to hide with.
18 Q. Now, with regard to these subjects, including the
19 Shaqaqi faction and the internal workings of the government of
20 Iran, the manner in which it operates, particularly with
21 regard to 1995, have you been called upon by numerous clients,
22 including governments, for advice on these subjects?
23 A. Certainly the United States Government has been very
24 interested in these issues and as have many journalists, and
25 numerous of my publications have addressed the questions about

Page 151

1 the workings of the Iranian Government. It's a subject which
2 I have consulted extensively with officials of European
3 governments.
4 Q. And would you be considered amongst those who have made
5 studies of Near Eastern nation and Near Eastern policy...and
6 zeroing in on 1995, of course...to be an expert in these
7 subjects? That is to say Iran and the relationship between
8 the Shaqaqi faction and the government of Iran and its
9 officials.
10 A. Absolutely. I've been asked to testify as an expert in
11 the subject several times by the US Congress. I've been
12 consulted on the matter by several US intelligence agencies
13 and by several European governments.
14 Q. Mr. Clawsen, on how many occasions have you testified
15 on these subjects before the US Congress or before other
16 bodies of the government?
17 A. For the United States Congress, I would have to say
18 directly on these matters, four times, and indirectly a number
19 of other occasions when it's come up and I've been testifying,
20 say, about the Iranian economy.
21 Q. And when you say indirectly, I take it you mean by way
22 of information given to various individuals in the US
23 Congress?
24 A. No. I meant that I was testifying...let's say I
25 testified on several occasions before Senator D'Amato's

Page 152

1 banking committee about the sanctions on Iran, and the issue
2 would come up tangentially or in questioning, or in front of
3 the House International Relations Committee, I would testify
4 about, let's say, Syrian support for terrorism, and the issue
5 would come up tangentially.
6      MR. FAY: Your Honor, we would submit that Dr.
7 Clawsen is qualified as an expert to testify on the subject of
8 Iran and the relationship between Iran and the Shaqaqi faction
9 of the Palestinian Islamic Jihad.
10      THE COURT: I agree, and you may proceed.
11 BY MR. FAY:
12 Q. Dr. Clawsen, pursuant to our request, but also in your
13 studies before, have you had occasion to review the bombing
14 which took place on the 9th of April of 1995 at Kfar Darom in
15 the Gaza Strip, in which Alisa Flatow suffered fatal injuries?
16 A. The responsibility of the bombing and the claims for
17 the responsibility of the bombing, yes, not the actual process
18 of the bombing itself, no.
19 Q. You said claim responsibility for the bombing. Why
20 don't you tell us, not as a matter of opinion, but what was
21 set forth by the groups, which groups claim...or which group
22 claim responsibility for that bombing?
23 A. I may be mistaken, but I'm unaware of any group other
24 than the Shaqaqi faction which claimed responsibility for the
25 bombing. It's a claim which was certainly credible, given its

Page 153

past behavior and its political agenda. And on the whole, we would have anticipated...I would have anticipated, I think other experts would have anticipated, that if some other organization had in fact been responsible, that they would have claimed credit. In fact, the usual practice in these matters is that more people claim credit for the bombing than actually carried it out, so when there's only one claim of credit, that's a strong argument in favor of that indeed having been the group that was responsible.

Q. And do you have any reason to doubt this whatsoever?

A. I mean, I suppose it's conceivable at that point in the game Hamas was trying to hide its activities behind the Shaqaqi faction because they didn't want to provoke a fight with Chairman Arafat, but I would need to have some pretty convincing evidence to persuade me to that case, because I'm not aware of any other circumstance under which Hamas refused responsibility for such a bomb. But it would be hard for me to think of others who could have carried out a relatively sophisticated bombing in the territories besides those two groups.

Q. Dr. Clawsen, in 1995, can you describe the manner in which the Iranian Government operated in security functions such as the bombing at Kfar Darom and support for the Shaqaqi faction, particularly with regard to the supreme leader, Ayatollah Ali Hoseini Khameini, and President Rafsanjani, as

Page 154

well as the head of the security agency, Mr. Khuzestani? And I'm probably slaughtering all of those names, and I know you'll help me out.

A. Well, we are fortunate in that in the proceedings in a Berlin court in an affair known as the Mykonos Affair, there was a prominent member of the Iranians in intelligence organizations, who provided testimony in the summer of 1996 about the decision-making process taking place for terrorist actions in the time frame that you're talking about. He was talking about the period 1992 through 1995, and what information he provided, which corresponded well with what limited information had appeared in the Iranian press about how important national security decisions are taken. And his testimony was found credible by that Berlin Court, was that all decisions about major terrorist bombings were made by the National Security Council in Iran, whose members include the president of the country, who at the time was Mr. Ali Akbar Rafsanjani, and...Hashemi-Rafsanjani, and then also either the supreme religious guide, Ayatollah Khamenei, or else his personal representative, and Ayatollah Khamenei would then later on sign off on these decisions. So I think that the finding of the Berlin Court, that these people were directly responsible for approving terrorist activities is quite credible and consistent with the other evidence we have.

Q. Do you have an opinion within a reasonable degree of

Page 155

certainty as to whether this testimony was accurate and is in accordance with your studies of Iran?

A. Oh, absolutely. The gentleman in question, who provided this information to the Berlin Court, was, of course, impugned by the Iranian authorities, and he was able to show that he had appeared side by side with Iran's top leaders in television clips of them on visits in foreign countries. He was able to provide a great deal of information about how he had been the intermediary in negotiations with European governments for the release of hostages that the Iranians had taken. So I think there's little doubt that this gentleman was a top Iranian intelligence official, and I think there's little doubt that his description corresponds well with what else know, numerous articles in the Iranian press about the importance of the National Security Council, and how that takes all vital decisions regarding the country's key national security actions.

Q. Dr. Clawsen, have you also --

　　THE COURT: I'm sorry. What was the Berlin Court proceeding all about?

　　THE WITNESS: In September 1992 there was a murder of four Iranian nationals, political dissidents in a Berlin restaurant called the Mykonos Restaurant, which is why it became known as the Mykonos Case. And while the trigger man was a Lebanese national, the claim that was being made in the

Page 156

court was that the highest officials of the Iranian Government were directly involved, and that indeed, was the finding of the Berlin Court, was that this action was taken at the express order and direction of President Rafsanjani and Supreme Religious Guide Khamenei.

BY MR. FAY:

Q. Have you done a study also of the extent of Iranian financial support generally for terrorism during this 1995 period?

A. Yes, sir.

Q. Could you detail for His Honor the sources of that information, that is to say, information with regard to the level of Iranian financial support for terrorism?

A. I'd say there's three principal sources of information. One is the information provided by the Iranians themselves about the kind of support that they're providing for these groups. I mentioned how there were explicit allocations in the 1992-93 and '93-'94 foreign exchange budgets for support of the Palestinian revolution. These get a little hard to interpret because that includes a fair amount of money that goes for families of martyrs, for the charitable institutions, and what we might call supporting the broader infrastructure of these organizations. And I think most of us who follow terrorism, myself included, would like to peel that away and concentrate on what specifically is provided to terrorist

Stephen M. Flatow, et al, v.　　　　　　Multi-Page™　　　　　　CA 976-396
The Islamic Republic of Iran　　　　　　　　　　　　　　Tuesday, March 3, 1998

Page 157

1 activities as distinct from what's provided for these sort of
2 broader support activities. So that's one source of
3 information, from the Iranians themselves.
4 　　　Another source of information is from statements
5 made by the...either the leaders of the groups, sometimes in
6 the context of internal disputes, or by disaffected members of
7 these groups, who...or for that matter, particularly in
8 Lebanon, we found that their political opponents have often
9 made comments about their budgets and how much support they
10 get from Iran.
11 　　　And then the third, we have to rely upon statements
12 made by intelligence agencies, principally the United States
13 and Israeli intelligence agencies, but sometimes European or
14 other Middle Eastern, Egyptian, Jordanian, even Lebanese,
15 occasionally, intelligence agencies.
16 　　　And there seems to be a pretty broad consensus or
17 consensus within a broad range. I mean, I've never seen
18 anybody who's estimated numbers as low as 20 million, and the
19 usual figure that's given is...lower bound figure is around 50
20 million a year, and then the upper bound figures that I've
21 seen, I've never seen anything above 200 million, and it's
22 usually, upper bound figure of more like 100 million. So the
23 usual range of estimate that's given is 50 to $100 million a
24 year.
25 Q.　Okay. The middle of that would be about 75 million.

Page 158

1 A.　Sounds reasonable.
2 Q.　Would you have an opinion within a reasonable degree of
3 certainty, as an expert on Iran and on Iranian support for
4 terrorist activities, as to whether that figure would be an
5 accurate figure with regard to Iranian support for terrorist
6 activities for the year?
7 A.　Given the range of uncertainty we've talked about, I'm
8 absolutely confident that it's somewhere between 20 and 200
9 million. I would say 75 million would be...if I was asked for
10 one figure, that would be the figure I'd give, subject to the
11 understanding that our information is imprecise and the
12 category is imprecise. What exactly do you count is support
13 for martyrs and so on and so forth. I think 75 million is a
14 pretty accurate figure for the narrowly-defined support for
15 terrorist activities, as distinct from the support for all
16 those other charitable activities that these terrorist groups
17 may carry out.
18 Q.　And that would be per year and include the year of
19 1995?
20 A.　Yes, sir. If anything, the figure may have been a bit
21 higher in the years before that. I would say that it dropped
22 some by the year 1995 because of Iran's economic problems.
23 Q.　Dr. Clawsen, in the course of your studies of Iran,
24 have there, from time to time, under this present government,
25 the religious...theocratic government, let us say, that took

Page 159

1 over with the departure of the shah, have there been occasions
2 from time to time when policies of that government have
3 changed, dependent upon economic pressure placed upon them,
4 and other pressure placed upon them?
5 A.　Certainly. Let me cite two examples.
6 Q.　Detail those, yes, sir.
7 A.　Two examples regarding particularly terrorist
8 activities. One is the release of those held hostage at the
9 US Embassy in Iran. When the actual negotiations about their
10 release started in the fall of 1980, the issue which quickly
11 became the centerpiece of negotiations was money, and exactly
12 how much money would Iran get back that the United States had
13 frozen, became the centerpiece of those discussions from
14 October 1980 onwards. That is the account of all concerned,
15 both from the Iranian side and the American side. And once
16 the financial issues were satisfactorily resolved, the
17 hostages were released.
18 　　　The other is that in the discussions about the
19 release of the Americans who had been seized in Lebanon by
20 groups either affiliated with or acting under the support of
21 Iran that took place in the late 1980s and dragging on into
22 early 1990, then quickly what became the centerpiece of
23 Iranian demands was US action on frozen assets. And indeed,
24 Iran was very bitter after the release of those hostages, and
25 the feeling that the United States had not lived up to what

Page 160

1 was seen as its side of an implicit financial bargain. And
2 top Iranian leaders, including President Rafsanjani,
3 repeatedly referred to those...the release of those hostages
4 as having been motivated in large part by a desire to see a
5 release of those frozen Iranian assets.
6 　　　So in both of those cases the key factor in securing
7 the release of the hostages was financial.
8 Q.　What amounts of money were...in approximate amounts
9 now. I'm sure you can't give an exact dollar, but what
10 amounts approximately were involved in those instances?
11 A.　Well, at the time of the release of the US hostages
12 that had been taken at the embassy, the amount that Iran got
13 back in cold hard cash on the day of the release, was on the
14 order of $8 billion. But to be frank --
15 　　　THE COURT: I'm sorry?
16 　　　THE WITNESS: $8 billion, $8 billion.
17 　　　THE COURT: That we had frozen with our asset
18 seizure orders?
19 　　　THE WITNESS: Correct, sir. Correct, sir. And I
20 think there's no question the United States would have been
21 prepared to return the great majority of those funds. The
22 negotiations that went on from October was, well, all right,
23 exactly how much is this going to be? Is this going to be 4
24 billion, 6 billion, 8 billion? And I think that the range
25 that got narrowed down pretty quickly was more in that 6 to $8

Theresa M. Sorensen, CVR-CM　　　　　　　　　　　　　　Page 157 - Page 160
Official Court Reporter

### Page 161

1 billion range.
2     The Lebanon issue was more complicated because this
3 wasn't direct negotiations between the two sides. It was more
4 like a shadow dance that was going on. And the Iranians
5 anticipated that they would get back, certainly, a couple of
6 billion dollars. They had perhaps inflated expectations.
7 Now, in fact, the United States Government did work out an
8 arrangement with the Iranians that resulted in the release of
9 several hundred million dollars to Iran, but not the size of
10 money that the Iranians had hoped for.
11 BY MR. FAY:
12 Q. Doctor, in your opinion, and again, within a reasonable
13 degree of certainty, is it valid to take this experience as a
14 starting point from which this Court, or anyone considering
15 the question, may consider the appropriate amount which would
16 deter Iran from further actions such as the action at Kfar
17 Darom in which Alisa Flatow was killed?
18 A. Well, certainly, I would say that these two episodes
19 illustrate a pattern of behavior in which Iran has been
20 responsive to monetary concerns. And I would say that that
21 same pattern of behavior shows up in a number of other
22 important Iranian foreign policy decisions. So I would say
23 that this fits with the pattern of the behavior of their
24 government, and frankly, more speculatively, I would say that
25 it fits well with the background of many of the individuals

### Page 162

1 who...many of the important people in this government come out
2 of a trading and bazaar background, who are used to
3 negotiations and interested in the bottom dollar.
4 Q. Going from the $75 million amount that you indicated as
5 the yearly approximately expenditure for terrorism, would it
6 be reasonable to apply some factor to that amount to determine
7 an appropriate amount which might reasonably deter the
8 government of Iran and the leaders, who are individual
9 defendants in this case, from actions such as those that
10 occurred at Kfar Darom?
11 A. I would think so, and let me offer two reasons for
12 that.
13 Q. Yes, please.
14 A. One is that the amount of money which has been
15 allocated for these purposes has in fact varied with Iran's
16 economic circumstances, which suggests that even though it's a
17 relatively small sum compared to Iran's overall foreign
18 exchange earnings each year, which in 1995 would have been on
19 the order of 15 to $16 billion the year, there are tight
20 demands, tight, competing demands for every penny of that.
21 And when money is harder to come by, the amount that's been
22 allocated to these terrorist organizations has shrunk, and
23 when money has been more readily available, the amount has
24 increased, which suggests that there really are some tight
25 financial constraints on the amount that can be allocated for

### Page 163

1 these purposes, and that, therefore, if the cost of carrying
2 out these activities were to be higher, that Iran would think
3 about how to redirect its priorities.
4     And second, I would suggest that the Iranian
5 Government has been extraordinarily creative and careful in
6 responding to red lines that have been drawn about its
7 behavior, whether by the United States Government, by other
8 western governments, or by Middle Eastern Governments, for
9 that matter, and so that if the United States were to make it
10 clear that attacks against US citizens were going to result in
11 severe penalties against Iran, then I suspect that Iran would
12 try to come up with other ways to accomplish the same
13 purposes, the same political purposes. Let's say, attacks on
14 foreign national residents of the United States, attacks on
15 foreign employees of US companies, attacks on installations of
16 US companies, that may have some of the same political purpose
17 as an attack upon US citizens, but would avoid the specific
18 criteria which had been set down that would trigger this kind
19 of a penalty against Iran.
20     And let me just cite that during the reflagging
21 operation of Kuwaiti tankers during the Iran/Iraq war, when
22 Kuwait became concerned that its tankers were subject to
23 attack by Iran, and the United States, among some other
24 countries, agreed to reflag some of those tankers with a US
25 flag, and the United States made it clear to the Islamic

### Page 164

1 Republic of Iran that if the Iranians were to attack these US
2 tankers in international waters, the way that the Iranians had
3 attacked some of them when they were flying the Kuwaiti flag,
4 that the United States would inflict heavy military damage on
5 Iran.
6     Well, the Iranians carefully studied that statement
7 by the US Government, which was that we would attack Iran if
8 Iran were to attack these reflagged tankers in international
9 waters, and the Iranians came up with a very clever response.
10 They waited until those tankers sailed into the Kuwaiti port,
11 and then they launched missiles against it. And since they
12 had attacked these tankers in Kuwaiti waters rather than in
13 international waters, the United State Government said, "Well,
14 they didn't really cross what we had laid down as the line in
15 the sand," and so, therefore, we didn't retaliate against the
16 Iranians.
17 Q. You're suggesting there's a very specific response to
18 this type of pain stimuli, let us say?
19 A. The Iranians are very good at figuring out ways to
20 avoid what has been laid down as a "don't do this or else
21 you're face penalties.". And so if we establish penalties upon
22 Iran for, let's say, the death of American citizens in
23 terrorist actions, I think they'll...they will in fact seek to
24 avoid that by using other techniques in order to accomplish
25 the same political goal, techniques which may leave us very

**Page 165**

1 frustrated because we feel that they have come awfully close
2 to crossing the line that we set down, but they haven't quite
3 crossed it.
4     I mean, for instance, if the Iranians were to kill
5 someone who had lived in the United States for 20 years, but
6 was a foreign national, a long-time resident of the United
7 States but a foreign national, that might not cross our red
8 line if we establish the red line as being killing of US
9 citizens, but would leave us, perhaps, very frustrated. I
10 give that as an example, without any reason to believe that
11 that's how they would respond, but just as an example of how
12 they might respond.
13 Q.  Doctor, can you give us an opinion with regard to a
14 multiple of the $75 million you've estimated as the bill, the
15 tab for terrorism by the Iranian Government, which then might
16 deter Iran from further action?
17 A.  Well, the higher the multiple, the more sure we can be
18 that they will be deterred. In other words, if you tell me
19 that the multiple is going to be 10, I can tell you that I'm
20 going to be extremely confident that the Iranians are
21 deterred. If you tell me that the multiple is only going to
22 be 1, I would say, well, I don't know. You're running a much
23 higher risk.
24 Q.  What in there, in your opinion as an expert, seems
25 reasonable?

**Page 166**

1 A.  I would say that a multiple that's more in a range of 2
2 to 5 strikes me as a much more likely...much more likely to
3 accomplish the purposes. I mean, if you pin me down on one
4 number, I would want someplace between 3 and 4, but I would
5 say that the higher the number, the lower the risk that we're
6 going to run. And, certainly, given how the debates in Iran
7 about the size of this magnitude...the size of this support, I
8 would say that a couple...somewhere between 2 to 4, I think
9 would really change the debate in Iran about whether this is
10 worthwhile doing, this being attacking Americans.
11     If you ask me what it's going to take to attack...to
12 deter Iran from engaging in any terrorist attacks, I'm going
13 to tell you it's going to take a whole lot more than a
14 multiple of 2 to 4. Then you're going to have to have a much
15 higher sum because then you're establishing a much more
16 ambitious target. To get Iran to desist from all of its
17 terrorist actions is going to require showing Iran that
18 there's a very high price it's paying for these terrorist
19 actions.
20 Q.  What are we talking about in terms of a multiple there?
21 A.  Oh, I would think that a multiple of 10 is much more
22 likely necessary to deter Iran from carrying out all terrorist
23 actions. For instance, the Mykonos trial, which was such a
24 huge blow to Iran's prestige in the very important European
25 markets, now, I don't think that that and the subsequent

**Page 167**

1 suspending of diplomatic relations with European countries and
2 the subsequent freezing of credits to Iran, I don't think any
3 of that was sufficient to budge Iran, for instance, of its
4 continued death threat against Salman Rushdie. So even a high
5 price like that was not enough to get Iran to desist from its
6 threats to carry out some terrorist actions.
7 Q.  Let me go to the ability of Iran to respond to this
8 type of thing. You mentioned a figure with regard to oil. To
9 what extent today does oil move out of Iran...we don't have to
10 go to 1995, but today...oil move out of Iran to foreign
11 markets, in terms of dollars in exports?
12 A.  Well, Iran exports about 3 million barrels of oil a
13 day, plus or minus, and depending on the price of oil, that's
14 going to produce revenue for Iran...well, this year less
15 because the price of oil looks like it's lower...we may be
16 talking as little as $12 billion. A couple of years ago the
17 price of oil was quite a bit higher, and we were talking more
18 on the order of 16 or $17 billion a year.
19 Q.  What about the total Iranian economy; is there any
20 accurate way of judging what would be the equivalent of gross
21 national product in Israel?
22 A.  In Iran you mean?
23 Q.  In Iran, I mean, yes.
24 A.  There are always differences in how to measure gross
25 national products in countries that are so different from our

**Page 168**

1 own, and economists have profoundly different ways of doing
2 this, but the range of estimates for Iran is relatively broad
3 because it's a country that's got a very distorted price
4 system and a very controlled economy. But I don't know of any
5 reasonable person who things that Iran's GNP is less than $75
6 billion or more than $200 billion per annum.
7     MR. FAY: Your Honor, indulge me just a moment?
8     THE COURT: Yes.
9     (Pause.)
10     MR. FAY: Subject to any further inquiry from the
11 Court, I have no further questions for Dr. Clawsen.
12     THE COURT: If the Court were to enter a judgment in
13 the multiples you're talking about in terms of punitive
14 damages, and it were a court entering it, how do you think
15 that would be viewed by Iran? I take it, it would...well,
16 start with that.
17     THE WITNESS: I think the Iranians would view any
18 judgment by this Court as being politically motivated, and
19 they would see this as another bargaining chip that would be
20 used by the United States in the discussions with the Iranians
21 about the settlement of the mutual disputes between the two
22 parties. It wouldn't surprise me if the Iranians regarded
23 this as in many ways a riposte to the successful Iranian
24 complaint to the International Court of Justice, or ICJ. The
25 United States, back during this reflagging operation I