# EXHIBIT 10

**DW**
**DOV WEINSTEIN & CO. C.P.A. (ISR)**

**Jerusalem**
11 Kiryat Hamada St., P.O.B. 18263, Code 91182
Tel: +972-77-7386666, Fax: +972-2-5812991

**Tel-Aviv**
16 Homa Umigdal st., P.O.B. 51966, Code 67771
Tel: +972-77-3331257/8, Fax: +972-77-3331259

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE BELKIN, INDIVIDUALLY
AND AS NEXT OF KIN OF GAIL BELKIN.

Plaintiffs

V.

Civil Action No. 06-cv-00711

ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and ISLAMIC
REVOLUTIONARY GUARD CORP. OF IRAN,

Defendants.

ECONOMIC REPORT OF
DOV WEINSTEIN, CPA
NOVEMBER 15, 2007

*[signature]*

KIRYAT HAMADA 11
JERUSALEM – ISRAEL
TEL: 972 - 2 – 5486666

54778_POR

# TABLE OF CONTENTS

| | |
|---|---|
| INTRODUCTION | 1 |
| BACKGROUND INFORMATION | 2 |
| METHODOLOGY | 2 |
| ASSUMPTIONS: | |
|     WORK-LIFE EXPECTANCY | 4 |
|     LIFE EXPECTANCY | 4 |
|     INTEREST RATE DISCOUNT RATE | 4 |
|     MID YEAR CONVENTION | 5 |
|     SALARIES WAGES AND GROWTH RATE | 5 |
| MISCELLANEOUS DEATH RELATED EXPENSES | 7 |
| OPINION | 7 |
| EARNING LOSS ANALYSIS LOSS | SCHEDULE 1 |

## Introduction

I, Dov Weinstein of Dov Weinstein & Co., have been requested by Mr. Lawrance Belkin to calculate his wife, Gail Belkin loss of income and benefits caused as the result of her death. Mrs. Gail Belkin was killed in a terrorist attack carried out by a member of the Palestine Islamic Jihad in the Dizengoff Center Shopping Mall in Tel-Aviv, Israel on March 4, 1996. Mr. Lawrance Belkin is an American citizen.

I am a certified CPA in Israel. I am the partner-manager of Dov Weinstein & Co. – CPAS. I have extensive experience in accounting and economic evaluation. I supervise several accountants, economists, and other related professionals in my company.

I received my undergraduate degree in accounting from the Hebrew University, Israel, and then studied at The College of Management (COM). Thereafter, I received further training in accounting and passed my CPA exam in 1988. I have worked as a CPA since that time, including working as a manager for nine years at a large Israeli accounting firm which later became the Israeli branch of Pricewaterhouse Coopers (PwC). My firm has diverse departments including accounting and auditing services, international taxation, business and organizational consulting, tax consulting and the support for establishing firms, firms in growth and bankruptcy. The office also specializes in advice to foreign residents, Israelis living outside Israel, returning residents, and new immigrants.

My firm is the local representative of Morison International, a leading international accounting network and STEP worldwide, and is involved up to date with managing tax shelters, trustees, and international taxation at large.

In anticipation of preparing my report, I have reviewed the U.S. Federal Rules of Evidence relating to expert testimony (Rules 701 through 704) and Federal Rule of

1

Civil Procedure 26 relating to reports by expert witnesses. I have also reviewed recently prepared economic reports calculating loss of income and benefits which have been prepared by U.S. CPAs and which have been accepted as expert reports by judges in the U.S. courts.

Charges for my service are based on an hourly rate of $200.

### Background Information Concerning Gail Belkin

Mrs. Gail Belkin (formerly Gail Geshen) was born on August 15, 1948 in Rhodesia. She studied to become a professional cosmetician and practiced her profession abroad. English was her native language. In 1987 she immigrated to Israel from South Africa being at the time divorced with two daughters. On March 23, 1995 she married Mr. Lawrance Belkin.

Mrs. Belkin also practiced her profession in Israel. For several years she was a full-time salaried employee at a beauty salon catering to the upper-class and diplomats of Kfar Shmariahu and Herzlia-Pituach. Her reputation was excellent due to her foreign, advanced cosmetics training and her ability to communicate in English.
In August 1994, Mrs. Belkin resigned her position and opened her own cosmetician business at home, which was patronized by most of her former employer's clients.
In her first year as a business woman, Mrs. Belkin worked at a part-time position. Her earnings as a part-time business woman exceeded her earnings as a full-time employee. As her business developed she planned to work full-time and to take on an assistant.

## ECONOMIC LOSS

### Methodology

The basic methodology used to calculate Gail Belkin's economic loss claim was to quantify her projected lifetime income had she not been killed. The economic

2

loss includes both lost income from March 1996 through December 1, 2007[1] and then future lost income for the remainder of her anticipated work-life expectancy and later retirement. Industry, employment and labor statistics, her past income as salaried employee and as a self employed were considered to project income.

After economic loss period was determined, potential annual income was projected based on Gail Belkin's anticipated annual future income through her work life expectancy. For all periods prior to December 1, 2007, it was necessary to calculate the current value or "today's value" of lost income to accommodate for the effect of the time value of money. Similarly, for periods after December 1, 2007, it was necessary to discount the future lost income to present value to determined "present value." As a result, the value of all past and future lost income has been calculated as of December 1, 2007.

To calculate Gail Belkin's economic loss, the following data was analyzed:

- 2004 salary document from employment in the beauty salon and her tax report for year 2005 from her own salon business, as well as personal data (*i.e.*, date of birth and professional cosmetician studies) necessary to form reasonable assumptions regarding Gail Belkin's earning growth rate, work life expectancy, and retirement plan.
- Israeli Central Bureau of statistical reports concerning employment studies, life expectancy, and retirement studies

**Assumptions**

Some general assumptions were developed as follows:

---

[1] December 1, 2007 was selected as it represents the approximate date on which a judgment may be rendered.

3

**Work-Life Expectancy**

The customary retirement age of 67 (according to the law retirement age, 2004) was utilized to estimate the period for Gail Belkin's projected work-life expectancy. Based on this, Gail would have reached retirement age by August 2015.

**Life Expectancy**

The Central Bureau of Statistics Life Expectancy Table's were used to estimate Gail Belkin's life expectancy based on age, race, and gender. Gail Belkin's life expectancy was found to be 82.7 years. Therefore, Gail Belkin was expected to live until 2031.

**Interest Rate and Discount Rate**

An interest rate factor is intended to provide an inflation adjustment that calculates the present value of past income as of December 1, 2007, by taking into account the value of money over time. An annual interest rate factor of 4.907% was calculated and applied to the analysis for the period from March 1996 through December 1, 2007. This rate was based on the average 10-Year Treasury Bill Rate from September 1997 through October, 2007. Similarly, discounting future projected income with this rate is intended to provide the present value of future income loss as of December 1, 2007.

The Treasury bill represents a "risk free" rate of return that is considered to have virtually no possibility of default. The 10-Year Treasury Bill Rate was selected since it represent a reasonable estimate of risk and inflationary impact associated with future recipes of income. As of November 1, 2007 the 10-Year Treasury Bill Rate was approximately 4.36.

**Mid-year convention:**

To determine losses, a mid-year convention methodology was applied to calculate the present and future value of all lost income as of December 1, 2007.

The mid-year convention methodology assumes that all income is earned consistently throughout the year.

**Salaries, wages and growth rate**

1.  In order to determine Gail Belkin's lost income, I reviewed the following documents:

    - Gail's income from her business in years 2004 and 2005 that has been reported to the Tax Authority.

    - Declarations of Mr. Lawrance Belkin and Mrs. Hannah Bayer C.P.A of Gail at the time of her death, that her first year as a business woman she worked at a part-time position and her earnings as a part-time business woman exceeded her earnings as a full-time employee. In addition she planned to start working full-time and to take on an assistant. In addition Mr. Belkin stated that Gail Belkin enjoyed her work tremendously, and in her profession, with her clients, she was as much psychologist as cosmetician. Gail loved the companionship of the ladies that came to her house, and built friendship that extended beyond work. Based on this we assumed that Mrs. Belkin would have managed to build up her business and return to a full-schedule as the business client base expanded. The ladies of the Foreign Diplomatic Corps in Israel, who live for the most part in Hertzlia, were coming to her in increasing

numbers. Gail was faced limited competition due to her cultural and language advantage over Israeli cosmeticians. Based on these declarations we assumed that in 1966 Gail would earn 50% more then her 1995 Salary and from the year of 1997 she would earn double then her 1995 Salary.

- Central Bureau of Statistics, Consumer Price Index for personal Services.

2. In retirement, Mrs. Gail Belkin would have received from the National Insurance a monthly pension. I utilized the following documents which describe and set forth the nature and amount of funds Gail would have earned during her retirement.

- Documents from the National Insurance Institute of Israel which pays a monthly pension of 1159 NIS. In order to calculate her lost income in retirement we multiplied this amount in the total months of each year.

3. Gail's annual earning growth rate was established based on the Israeli Central Bureau of statistics. This rate is the average wages growth rate from January 1997 through December 2006 in the Community, social and personal services Industry which is based on the average income for the years 1996-2006 in this Industry. The growth rate calculated was 3%.

4. The lost income calculation was in Israeli currency and was converted into U.S. dollars based on the foreign exchange rate as of 19.11.2007 which was published by the Bank of Israel. 1 U.S $ = 3.935.

**Miscellaneous Death Related Expenses**

Ambulance, mourning notes and tombstone expenses amounted to a total of 8,630 NIS. This amount is calculated based on actual receipts for the amounts paid. The value for December 1, 2007 is 14,600 NIS which equals to $3,710.

**Opinion**

Based on the facts, research, and assumptions applied herein, it is my opinion based on reasonable degree of certainty that the present value of Mrs. Gail Belkin's total economic loss, including wages and Death related Expenses total, approximately $    380,558.

SCHEDULE 1

| Damage Calculation in NIS Currency | 1996[2] | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future wages | 33,387 | 51,911 | 53,468 | 55,072 | 56,724 | 58,426 | 60,179 | 61,984 | 63,844 |
| Projected Future Pension from National Insurance | - | - | - | - | - | - | - | - | - |
| Total Projected Future Income | 33,387 | 51,911 | 53,468 | 55,072 | 56,724 | 58,426 | 60,179 | 61,984 | 63,844 |
| Total Loss Value @ December 1, 2007 | 57,144 | 84,751 | 83,271 | 81,821 | 80,399 | 79,004 | 77,637 | 76,297 | 74,983 |

Assumptions:
Growth / Discount Rate    4.91%
Wages Growth Rate    3%

U.S. Dollar exchange rate   =   3.935

Total Loss value @ December 1, 2007 in U.S. Dollar    $ **376,848**

8

---

[2] Gail's lost income for 1996 is calculated for 10 months of the year. 4.03.1996 – 31.12.1996

SCHEDULE 1

| Damage Calculation in NIS Currency | 2005 | 2006 | 30-Nov-07 | 1-Dec-07 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future wages | 65,759 | 67,732 | 63,950 | 5,814 | 67,732 | 69,764 | 71,857 | 74,012 | 76,233 |
| Projected Future Pension from National Insurance | - | - | - | - | - | - | - | - | - |
| Total Projected Future Income | 65,759 | 67,732 | 63,950 | 5,814 | 67,732 | 69,764 | 71,857 | 74,012 | 76,233 |
| Total Loss Value @ December 1, 2007 | 73,696 | 72,434 | 65,519 | 5,671 | 65,800 | 64,524 | 63,268 | 62,033 | 60,818 |

9

SCHEDULE 1

| Damage Calculation in NIS Currency | 2013 | 2014 | 2015[3] | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Projected Future wages | 78,520 | 80,875 | 48,592 | - | - | - | - | - | - | - |
| Projected Future Pension from National Insurance | - | - | 5,795 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 |
| Total Projected Future Income | 78,520 | 80,875 | 54,387 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 |
| Total Loss Value @ December 1, 2007 | 59,623 | 58,446 | 37,403 | 9,101 | 8,660 | 8,239 | 7,837 | 7,455 | 7,090 | 6,743 |

---

[3] In 2015 Gail would reach retirement age by August and start receiving a pension from the National Insurance Institute.

10

SCHEDULE 1

| Damage Calculation in NIS Currency | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future wages | - | - | - | - | - | - | - | - | 33,387 |
| Projected Future Pension from National Insurance | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 180,804 |
| Total Projected Future Income | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 1,480,248 |
| Total Loss Value @ December 1, 2007 | 6,411 | 6,095 | 5,794 | 5,507 | 5,234 | 4,973 | 4,724 | 4,488 | 1,482,896 |

_____
Dov Weinstein

11

**Hannah Bayer, C.P.A.**
4 HaToot St., Ramot Hashavim, Israel
Tel: 09-745-3331

4 June 2002

To whom it may concern

Re: The late Gail Belkin I.D. 015904691

Gail Belkin was a cosmetician who worked for many years as a salaried employee. In 1994, about a year and a half before her death at the hands of a suicide bomber, she became self-employed. She started her own business with a large personal investment, and many of her former clients continued their care in her new business. Most of her clients were from upper-class families, living in wealthy residential areas (e.g., Kfar Shmaryahu, Herzliya Pituah), and included numerous diplomats who came to her because of her known professionalism and command of English as a native speaker.

During her last year of life, I served as her accountant and watched her business grow very rapidly. Her new business had a lot of potential that failed to materialize due to her untimely death. Her turnover in the first year was over NIS 66,000, which was much more than her previous salary, and her income was expected to double or even triple in the second year. She was already planning to take on help of an assistant, and sought my advice on this subject.

Sincerely,

*Hannah Bayer*

Hannah Bayer
C.P.A., Israel