# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF SIAVASH BAYANI )<br>FATEMEH BAYANI, )<br>BABAK BAYANI and )<br>BANAFSHEH BAYANI )<br>and John Doe, inclusive, )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN )<br>Ministry Of Foreign Affairs )<br>Ebn-e-Sina St., Emam Khomeini Sq. )<br>Tehran, Iran, )<br>et al., )<br>)<br>Defendants. ) | Case No. Civil Action 04-01712 (HHK)<br><br>MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF PUNITIVE DAMAGES AGAINST DEFENDANT ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC) AND DEFENDANT AYATOLLAH KHAMENEI |

Now come Plaintiffs, by and through counsel, and hereby move this Court to allow the submission of this <u>Supplemental Brief In Support of Punitive Damages against Defendant Islamic Revolutionary Guard Corps (IRGC) and Defendant Ayatollah Khamenei</u>. This supplement, with attached documents, is being filed to apprise this Court of recent actions by the United States government which support a finding that the IRGC is a commercial entity which operates outside of the control of the Iranian government and thus can be held liable for punitive damages in this case.

    I.    The U.S. House Of Representatives Passed a Resolution Calling On President Bush To Designate Defendant IRGC As A Specially Designated Global Terrorist Organization.

On September 25, 2007, the United States House of Representatives passed <u>House Resolution 1400</u>, a resolution enacted, "to enhance United States diplomatic efforts with respect to Iran by imposing additional economic sanctions against Iran, and for other purposes." A copy of the relevant portion of

-1-

this Resolution is attached hereto as **Exhibit 1**. Section 2(b)(14) of the Resolution, which was passed by a vote of 397-16, specifically states that it is the sense of the Congress that,

> "(14) the United States should designate the Iranian Islamic Revolutionary Guard Corps, which purveys terrorism throughout the Middle East and plays an important role in the Iranian Economy, as a foreign terrorist organization under section 219 of the Immigration and Nationality Act, place the Iranian Islamic Revolutionary Guard Corps on the list of specially designated global terrorists, and place the Iranian Islamic Revolutionary Guard Corps on the list of weapons of mass destruction proliferators and their supporters;"

II.   **The U.S. Senate Also Passed a Resolution Calling On President Bush To Designate Defendant IRGC As A Specially Designated Global Terrorist Organization.**

On September 26, 2007, the Senate passed <u>Senate Amendment 3017</u>, which added Section 1535 to the Defense Appropriations bill to convey the "Sense of the Senate on Iran". A copy of the <u>Congressional Record</u> containing SA 3017 is attached hereto as **Exhibit 2**. The Amendment quotes a number of military and diplomatic officials who confirm Defendant IRGC's involvement in terrorist activities, most notably in Iraq, and in Section (b)(5) states language similar to H.R. 1400 in announcing that, "It is the sense of the Senate",

> "(5) that the United States should designate the Islamic Revolutionary Guard Corps as a foreign terrorist organization under section 219 of the Immigration and Nationality Act and place the Islamic Revolutionary Guard Corps on the list of Specially Designated Global Terrorists, as established under the International Emergency Economic Powers Act and initiated under Executive Order 13224;"

Executive Order 13224, signed by President Bush two weeks after the 9-11 attacks, authorizes the United States to identify individuals or "entities", defined as "**a partnership, association, corporation, or other organization, group, or subgroup**" engaged in terrorist activities and block all their property and assets.   A copy of <u>**Executive Order 13224**</u> is attached as **Exhibit 3**. By asserting

that the President should designate Defendant IRGC as a terrorist group under Executive Order 13224, Congress clearly believes that Defendant IRGC is an entity that operates independently of the Iranian government and can have its assets and property blocked. Congressional requests for such a designation provides this Court additional support for finding that Defendant IRGC and Defendant Ayatollah Khamenei, who has direct control over the IRGC, are liable for punitive damages in this case.

### III. A Recent Time Magazine Article Provides Important Details Of Nature And Extent Of Defendant IRGC's Commercial Activities.

Attached as **Exhibit 4** is an article from <u>Time Magazine</u> published on September 5, 2007 entitled, "Iran's Rich Revolutionary Guard." The article describes Defendant IRGC as "an economic powerhouse, with more influence and assets than even the Tehran bazaar, the institution whose cash has traditionally helped drive the country's politics." The article confirms the testimony of Dr. Patrick Clawson, stating that Defendant IRGC was "created in 1979 as a *parallel* military to prevent the traditional armed forces from mounting a coup against the new regime."

> "Because the Guard reports to Supreme Leader Ayatollah Ali Khamenei, the bulk of its activities are not subject to Parliamentary oversight. This free hand, along with their mandate to patrol the country's borders, has helped members engage in widespread smuggling, according to Iranian analysts."

The Time Magazine article describes how Defendant IRGC has amassed a "vast financial empire reputedly worth billions of dollars, and quoted Dr. Karim Sadjadpour of the Carnegie Endowment for International Peace, who explained that , "There are elements within the IRGC…that operate like a private mafia and benefit from Iran's isolated status." The article explains that the financial interests of Defendant IRGC often run counter to the interests of the Iranian government and its people. Dr. Sadjadpour explains that, "That's why they do their very best to torpedo efforts to improve Iran's relations with the West."

IV. **These Supplemental Documents Reinforce The Evidence Introduced At Trial To Support The Recovery Of Punitive Damages Against Defendant IRGC And Defendant Ayatollah Khamenei**

At the Bench Trial held on July 9, 10 and 11, 2007, Plaintiffs presented evidence that Defendant IRGC is an armed force of Islamic soldiers controlled by the Grand Ayatollah, Defendant Ayatollah Khamenei, not the President of Iran. Plaintiffs' expert witness on Iranian government, Dr. Patrick Clawson, testified that Defendant IRGC operates "entirely parallel to the legal structure approved by the Parliament" and that,

> "...*the Guard Corps[IRGC] is directly under the Supreme Leader, it does not report in any way to the President*. And it serves as the striking arm of the revolution for a government that – for a supreme leader who is suspicious about the ordinary military's devotion to revolutionary ideals." (7/10/2007 Transcript, page 25)

Dr. Clawson further offered testimony that Defendant IRGC operates as a "commercial entity", stating that,

> "Well, certainly, the revolutionary foundation present themselves as commercial entities *directly controlled by the supreme leader* that engage in business activities. And peculiarly enough, so do *the Revolutionary Guards run a large number of commercial activities*." (7/10/2007 Transcript, Pg. 23).

The documents submitted in this <u>Supplemental Brief</u> provide further evidence that Defendant IRGC is an independent commercial entity, controlled by Defendant Ayatollah Khamenei, which often operates contrary to the interests of the Iranian government and whose sponsorship of terrorist acts has prompted both houses of the U.S. Congress to urge the President to designate them a global terrorist organization.

V. **Conclusion**

The resolutions passed by both houses of Congress provide additional confirmation that Defendant IRGC is operating outside the control of the legitimate government in Iran. The <u>Time</u>

-4-

<u>Magazine</u> article attached to this <u>Supplemental Brief</u> as **Exhibit 4** provides additional details about the extent of Defendant IRGC's commercial activities and, importantly, how these commercial interests run counter to the interests of the Iranian government and its economy.

Defendant IRGC, and Defendant Ayatollah Khamenei are clearly engaged in non-governmental commercial activities which sufficiently separate them from the legitimate Iranian government as to make them liable for punitive damages for the arrest, detention, torture and execution of the Decedent Siavash Bayani.

The FSIA has been interpreted to allow the recovery of punitive damages from State agents, agencies or instrumentalities. (See, e.g., <u>Acree v. Republic of Iraq</u>, 271 F. Supp. 2d 179, 222-23 (D.D.C. 2003) (Roberts, J.)). Based upon the evidence and testimony as presented, and supported by the documents submitted herewith establishing the sense of the U.S. Congress regarding Defendant IRGC, Plaintiffs respectful request that this Court award punitive damages as follows:

1. For Plaintiff Estate of Siavash Bayani in the amount of $100 million;

2. For Plaintiff Fatemeh Bayani in the amount of $100 million.

3. For Plaintiff Banafsheh Bayani punitive damages in the amount of $50 million;

4. For Plaintiff Babak Bayani punitive damages in the amount of $50 million;

Respectfully Submitted:

By: /s/ ZOHREH MIZRAHI

Zohreh Mizrahi
U.S.D.C.D.C. Bar No. TX0024
2049 Century Park East
Suite 2680
Los Angeles, CA 90067
Phone: (310) 843-9494
Fax:   (310) 843-9777
Attorney for Plaintiffs

Dated: September 28, 2007





◀ Back to Article   🖨 Click to Print



Wednesday, Sep. 05, 2007

# Iran's Rich Revolutionary Guard

By Azadeh Moaveni

Iran's Revolutionary Guard is notorious in the West as the troublemaking arm of the Islamic Republic, accused of supporting Hizballah and other militant groups, destabilizing the Iraqi government, and nurturing a covert nuclear weapons program. Inside Iran itself, however, the image of the Guards is more that of an economic powerhouse, with more influence and assets than even the Tehran bazaar, the institution whose cash has traditionally helped drive the country's politics.

To conservative supporters, the Guard's economic clout is neither new nor troublesome. Iran's constitution authorizes the military to play a peacetime economic role, and with the extensive engineering resources it amassed during the eight-year war with Iraq, it is only fitting, the thinking goes, for the Guard to run a vast financial empire reputedly worth billions of dollars. But to reformists, the Guard is to blame for the poor performance of Iran's economy, as well as its tattered relations with the international community. "There ar elements within the IRGC [the acronym for the Islamic Revolutionary Guard Corps] that operate like a private mafia and benefit from Iran's isolated status," says Karim Sadjadpour of the Carnegie Endowment for International Peace. "That's why they do their very best to torpedo efforts to improve Iran's relations wit the West."

The expanding economic influence of the Guard helps explain Washington's reported plan to name them a "specially designated global terrorist" organization. The designation would would enable the Bush Administration to press European corporations and banks to curb business activities in Iran, so as not to ru afoul of U.S. banking regulations. Though European allies have been reluctant to accede to Washington's demands for sanctions, the limited measures adopted thus far have, nonetheless, made a dent in the Iranian economy, affecting both imports and domestic manufacturing, according to Iranian businessmen and

analysts.

The IRGC's economic activities have expanded most significantly in the past five to six years. Originally created in 1979 as a parallel military to prevent the traditional armed forces from mounting a coup against the new regime, the Guard developed its assets and engineering capability during the Iran-Iraq War, growing into a 150,000-strong force that defended the country's borders with selflessness and revolutionary zeal.

After the war, the IRGC's resources were directed toward reconstruction activities, partly as a way of absorbing the energies of the tens of thousands of ideologically committed veterans returning from the fron preventing any disruptive political activism. Because the Guard reports to Supreme Leader Ayatullah Ali Khamenei, the bulk of its activities are not subject to parliamentary oversight. This free hand, along with their mandate to patrol the country's borders, has helped members engage in widespread smuggling, according to Iranian analysts. Some of the goods that are smuggled in, such as alcohol, do little harm to the formal economy, as they are illegal and produced domestically only on a small, illicit scale. More problemati is the large-scale smuggling of more ordinary goods, which enter the country without tariffs, flooding the market with cheaper versions of products produced at considerably higher cost by domestic manufacturers, spurring resentment among domestic industrialists.

Since around 2000, the IRGC's hand has extended into new and far more lucrative sectors of the economy. Most significantly, it has been awarded billions of dollars in contracts in the oil, gas and petrochemical industries, as well as major infrastructure projects. The government awards some of the no-bid contracts directly to the Guard's engineering arm, Khatam Al-Anbia. Other times, the link is more indirect: "Sometimes you see newly established firms, indirectly owned by IRGC members, receiving the contracts," says a director of a major engineering firm on condition of anonymity.

Today, many of the firms that would once have been awarded government contracts are working as subcontractors to Guard-owned enterprises. In 2006 alone, Khatam Al-Anbia received a $2.09 billion contract to develop phases of a natural gas field known as South Pars, as well as a $1.2 billion contract to build a line of the Tehran metro, and a $1.3 billion contract to build a pipeline linking Iran to Pakistan.

The wealth accrued by high-ranking members of the IRGC by such contracts has raised concerns within the Iranian establishment, chiefly because it threatens to provoke the resentment of the organization's young, working-class rank and file. In 2001, three-quarters of Guard members voted for moderate President

Mohammad Khatami, suggesting its majority have more in common with ordinary Iranians chafing under a poor economy, than with the hard-line newly rich leadership clique. In working-class districts of south Tehran, the discrepancy is visible among members of the Basij, a voluntary paramilitary organization that overlaps with the IRGC's membership. The sons of some elite IRGC commanders carry the latest mobile phones, attend top universities, and are as Internet savvy as teenagers in the West. The foot soldiers of the Basij, in contrast, often cobble together work as motorcycle messengers in the smoggy avenues around the Tehran bazaar, earning close to nothing.

Some analysts say the growing activities of the IRGC's engineering arm reflect an effort by the government of President Mahmoud Ahmadinejad to extend the economic privileges within the Guard's lower ranks. "That the President owed his election to Basij support naturally supported this trend," says Farideh Farhi, an Iran expert and professor at the University of Hawaii.

Click to Print

**Find this article at:**
http://www.time.com/time/world/article/0,8599,1659039,00.html

Copyright ? 2007 Time Inc. All rights reserved. Reproduction in whole or in part without permission is prohibited.