UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE BELKIN, INDIVIDUALLY AND AS
NEXT OF KIN OF GAIL BELKIN,

Plaintiff,

v.

ISLAMIC REPUBLIC OF IRAN, *et al.*,

Defendants.

Case No. 06-00711 (PLF)

## ORDER

This matter is before the Court on Plaintiff's motion to file his First Amended Complaint which incorporates new legislation enacted on January 28, 2008. For the reasons stated in Plaintiff's motion, after review of the new legislation, and the entire record herein, it is hereby

ORDERED, that Plaintiff's motion for leave to file his First Amended Complaint is Granted; and it is further

ORDERED, that the Clerk shall accept for filing Plaintiff's Amended Complaint that was filed with his motion to amend Complaint.

SO ORDERED

_____
PAUL L. FRIEDMAN
United States District Judge

Date:_____, 2008