UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE BELKIN, INDIVIDUALLY AND AS NEXT OF KIN OF GAIL BELKIN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>　　　　　　Defendants. | Case No. 06-711 (PLF) |

## ORDER

Upon consideration of Plaintiff's Motion for Judgment by Default, it is, this _____ day of _____, 2008, hereby

ORDERED, that Plaintiff's motion be, and hereby is, GRANTED, and it is further

ORDERED, that Judgment be entered in favor of Plaintiff and against Defendants the Islamic Republic of Iran and Ministry of Information and Security in the amount of $10,000,000 for the intentional infliction of emotional distress and $_____ for economic damages stemming from the wrongful death of his wife.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

Paul L. Knight
Emil Hirsch
O'Connor & Hannan, LLP
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803