AO450 (Rev. - DC 04/00) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF COLUMBIA _____

LAWRENCE BELKIN, Individually, and as
next of kin of Gail Belkin

JUDGMENT IN A CIVIL CASE

V.

ISLAMIC REPUBLIC OF IRAN, ET AL.

Case Number:   06-0711 (PLF)

IT IS ORDERED AND ADJUDGED

pursuant to the Court's Order entered September 30, 2009, that Plaintiff is awarded damages against the Islamic Republic of Iran and Iran's Ministry of Information and Security in the amounts of $10,000,000.00 for solatium, plus pre-judgment interest in the amount of $8,145,205.00, and wrongful death damages of $380,558.00, for a total award of damages in the amount of $18,525,763.00.

Dated: October 9, 2009

NANCY MAYER-WHITTINGTON, Clerk

By: *Michelle Moss*
Deputy Clerk